# EXHIBIT B



# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm
By FHM Editor



2 of 10

f SHARE   TWEET

**TRENDING TODAY**


There is a Reason Amazon Doesn't Want You to Know About This Site


Looking To Buy, Sell, Or Trade? Autotrader® Can Help


From "Before" to "After" in 3 Easy Steps