MILLER KORZENIK SOMMERS RAYMAN LLP
David S. Korzenik
Terence P. Keegan
488 Madison Avenue Suite 1120
New York, New York 10022-5702
Phone (212) 752-9200 Fax (212) 688-3996
dkorzenik@mkslex.com
tkeegan@mkslex.com
*Attorneys for Bauer Media Group USA, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

STEVE SANDS,                                    1:17-cv-09215-LAK

      Plaintiff,          **NOTICE OF APPEARANCE**

  -against-                               **ECF CASE**

BAUER MEDIA GROUP USA, LLC,

      Defendant.
_____x

  PLEASE TAKE NOTICE, that the below named attorney appears for Defendant Bauer Media Group USA, LLC, and hereby requests that a copy of all pleadings, notices and other papers in this proceeding be served upon counsel. In so appearing, Defendant reserves, and does not waive, any and all defenses and objections.

Dated: New York, New York   MILLER KORZENIK SOMMERS RAYMAN LLP
   December 14, 2017

             By: _____/s/ Terence P. Keegan_____

             Terence P. Keegan
             488 Madison Avenue Suite 1120
             New York, New York 10022-5702
             Phone (212) 752-9200  Fax (212) 688-3996
             tkeegan@mkslex.com
             *Attorneys for Defendant Bauer Media Group USA, LLC*