UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

STEVE SANDS,                                            1:17-cv-09215-LAK

                        Plaintiff,            **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT BAUER MEDIA GROUP USA, LLC**

    -against-

BAUER MEDIA GROUP USA, LLC,

                        Defendant.

_____x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bauer Media Group USA, LLC (the "Company"), by its undersigned counsel, certifies that (i) it is a private non-governmental entity owned by Heinrich Bauer Verlag Beteiligungs GmbH, and (ii) no publicly held corporation owns 10 percent or more of the Company.

Dated:  New York, New York        MILLER KORZENIK SOMMERS RAYMAN LLP
          December 14, 2017

                                            By    /s/ Terence P. Keegan
                                            David S. Korzenik
                                            Terence P. Keegan
                                            488 Madison Avenue Suite 1120
                                            New York, New York 10022-5702
                                            (212) 752-9200
                                            dkorzenik@mkslex.com
                                            tkeegan@mkslex.com
                                            *Attorneys for Defendant Bauer Media Group USA, LLC*