MILLER KORZENIK SOMMERS RAYMAN LLP
David S. Korzenik
488 Madison Avenue, Suite 1120
New York, New York 10022
212-752-9200
DKorzenik@mkslex.com
*Attorneys for Defendant Bauer Media Group, USA LLC.*

RECEIVED
DEC 15 2017
JUDGE KA...
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-20-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Steve Sands,

                      Plaintiff,

-against-

Bauer Media Group USA, LLC.,

                      Defendant.

1:17-cv-09215-LAK

STIPULATION
EXTENDING TIME

---

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned:

        1.    The time within which Defendant Bauer Media Group USA, LLC. must answer, move or otherwise respond to the Complaint of Plaintiff Steve Sands is hereby extended from December 18, 2017 to and including **January 19, 2018**.

        2.    This stipulation may be executed in counterparts. A facsimile or electronic transmission of a signature is deemed an original for purposes of this stipulation.

Dated: December 12, 2017
New York, New York

LIEBOWITZ LAW FIRM PLLC

By: _____
Richard Liebowitz, Esq.
Attorneys for Plaintiff
11 Sunrise Plaza, Suite 301
Valleystream, New York 11580
Tel: 516-233-1660
rl@liebowitzlawfirm.com

MILLER KORZENIK SOMMERS RAYMAN LLP

By: _____
David S. Korzenik, Esq.
Attorneys for Defendant
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: 212-752-9200
DKorzenik@mkslex.com

SO ORDERED:
_____
U.S.D.J.

Date 12/20/17