# **<u>EXHIBIT A</u>**


Win Great Prizes from FHM!  Contact Us

**FHM** | GIRLS | NEWS | STYLE | HEALTH & FITNESS | HOW-TO | FOLLOW US!

# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm
By FHM Editor



Back in **January** we released some stunning pictures of **Emily Ratajkowski** walking a dog down the streets of NYC in nothing but lingerie. We knew the pictures were a part of her commercial for DKNY, but we had no idea when the actual commercial would be released.

Well, as luck would have it, Ratajkowski posted the final product on her Instagram today and it's everything we dreamed of and then some!

Could you imagine Emily walking past you on the street in her skivvies without passing out? No? Neither can we.



emrata  Follow

**DKNY**

▶ 1.5m views   💬 3,443 comments

Happy Monday and #goodmorningDKNY ☀! Finally, my all new @DKNY campaign shot by @sebastianfaena and styled by @clarerichardson1 is here! Thank you @trey.laird

MARCH 13, 2017

**MORE: 'The 20 Sexiest Instagram Ladies To Love In March, 2017'**



1 of 10





▶ 1.5m views  💬 3,443 comments

Happy Monday and #goodmorningDKNY ☀️! Finally, my all new @DKNY campaign shot by @sebastianfaena and styled by @clarerichardson1 is here! Thank you @trey.laird

MARCH 13, 2017

**MORE: 'The 20 Sexiest Instagram Ladies To Love In March, 2017'**

1 of 10



*Credit: Image Via Instagram/emrata*



# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm
By FHM Editor




2 of 10





Credit: Image Via Instagram/emrata


