# **EXHIBIT B**





