**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SANDS,<br><br>      Plaintiff,<br><br> - against -<br><br>BAUER MEDIA GROUP USA, LLC,<br><br>      Defendant. | 1:17 Civ. 9215(LAK)<br><br>**ECF CASE** |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Yekaterina Tsyvkin, an attorney at the Liebowitz Law Firm PLLC, hereby enters her appearance as counsel for Plaintiff Steve Sands in the above-captioned action.  I certify that I am admitted to practice law before this Court.

                Respectfully submitted,

Dated: Valley Stream, NY      /s/Yekaterina Tsyvkin
                Yekaterina Tsyvkin (YT1234)
 January 29, 2018       Liebowitz Law Firm, PLLC
                11  Sunrise Plaza, Suite 305
                Valley Stream, NY 11580
                (516) 233-1660
                kt@liebowitzlawfirm.com

                *Attorneys for Steve Sands*