# MILLER KORZENIK SOMMERS RAYMAN LLP

488 MADISON AVENUE • NEW YORK, NEW YORK 10022-5702
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSLEX.COM

February 20, 2018

**Via ECF**
Hon. Lewis A Kaplan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

**Re:**   *Sands v. Bauer Media Group USA, LLC*, No. 17-cv-09215

Dear Judge Kaplan,

We write on behalf of Defendant Bauer Media Group USA, LLC regarding setting a motion date, per the Court's direction at the parties' initial pretrial conference (see minute entry dated Feb. 6, 2018). We attempted to contact Plaintiff's counsel last week to discuss the case further, but were informed that she was away.

In an effort to minimize costs in this action, we request the Court so-order a schedule for written discovery, and a motion for summary judgment or partial summary judgment, on a limited set of issues. These issues are the absence of willfulness in Defendant's alleged use of the photographs at issue; Plaintiff's actual damages; Defendant's lack of profit; and innocent copyright infringement, given Defendant's reasonable belief that it had an implied license to use the photographs as publicity material, and/or that it was using the photographs fairly in the course of its news reporting. We propose the following dates:

- Parties' initial disclosures served by: **March 9, 2018**
- Parties' document requests on the above issues served by: **March 30, 2018**
- Parties' responses to document requests served by: **April 27, 2018**
- Defendant's motion for summary judgment or partial summary judgment on the above issues served by: **May 18, 2018**
- Plaintiff's opposition to Defendant's motion, if any, served by: **June 15, 2018**
- Defendant's reply in support of its motion, if any, served by: **July 13, 2018**

We believe this schedule and approach will expedite resolution of this case. We have proposed it to opposing counsel, but have not heard a response. We would be happy to appear for a conference to discuss the merits of this pathway.

Respectfully submitted,

/s/ David S. Korzenik

David S. Korzenik

cc:   Counsel of Record via ECF