UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                          Plaintiff,<br><br>- against –<br><br>BAUER MEDIA GROUP USA, LLC<br><br>                         Defendants. | 1:17-cv-09215 (LAK)<br><br>ECF Case |

## **NOTICE OF APPEARANCE**

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Steve Sands, for the purpose of receiving notice from the Court.

Respectfully submitted this 21st day of February, 2018.

                                                              **/jameshfreeman/**
                                                              James H. Freeman (JF-8605)
                                                              jf@liebowitzlawfirm.com

                                                              LIEBOWITZ LAW FIRM
                                                              11 Sunrise Plaza, Suite 305
                                                              Valley Stream, NY 11580
                                                              (516) 233-1660