

| | 11 SUNRISE PLAZA, STE. 305 |
|---|---|
| **Liebowitz Law Firm, PLLC** | VALLEY STREAM, NY 11580 |
| ATTORNEYS FOR THE PHOTOGRAPHIC ARTS | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

February 21, 2018

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-26-18
```

Re: *Sands v. Bauer,* 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

    We represent Plaintiff Steve Sands in the above-captioned case and write concerning the proposed discovery and motion schedule, which was due on February 20 [*see* Docket #12]. Unfortunately, my colleague Kate Tsyvkin has been out of the office the last couple of weeks, in part due to unforeseen illness, and therefore did not have a chance to meet-and-confer with Defendant's counsel prior to the Court's deadline.

    I filed a Notice of Appearance today and promptly contacted Defendant's counsel to request a meet-and-confer. Upon Defendant's consent, we respectfully request an extension until Tuesday, February 27, 2018 to submit a revised discovery and motion schedule amenable to all parties.

    We appreciate the Court's consideration in this matter.

Respectfully Submitted,

/jameshfreeman/
James H. Freeman

*Counsel for Plaintiff Steve Sands*

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ 2/26/18

Liebowitz Law Firm, PLLC