February 27, 2018

<u>VIA US MAIL</u>

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Sands v. Bauer Media,</u> 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

   Further to the Court's Order, dated February 26, 2018 [Docket #15], the parties jointly and respectfully submit the following discovery and motion schedule (which modifies and supersedes the proposed schedule filed under Docket # 12).

**Discovery Schedule**

- Parties' initial disclosures served by: **March 9, 2018**
- First set of document requests served by: **March 30, 2018**
- Requests for admission by: **May 15, 2018**
- Close of Anticipated Fact Discovery:  **June 15, 2018**

**Cross-Motion for Summary Judgment Schedule**

• Plaintiff intends to move for partial summary judgment against Defendant on liability for copyright infringement (including dismissal of all affirmative defenses to liability).

• Defendant intends to move for partial summary judgment on the issues of willfulness, Plaintiff's actual damages, Defendant's lack of profit, and fair use and/or innocent infringement.

| Submission | Deadline | Memorandum Page Limit |
|---|---|---|
| Plaintiff's Opening Brief | July 16, 2018 | 25 |
| Defendant's Opening & Opposition | August 15, 2018 | 50 |
| Plaintiff's Opposition & Reply Brief | September 14, 2018 | 35 |
| Defendant's Reply Brief | September 28, 2018 | 10 |

   Respectfully Submitted,

   **s/jameshfreeman/**
   James H. Freeman



*Counsel for Plaintiff*

**s/davidskorenzik**
David S. Korzenik

*Counsel for Defendant*