May 25, 2018

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

Re:  *Sands v. Bauer Media Group USA, LLC*, 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

Further to the Parties' joint letter to the Court, dated February 27, 2018 and so-ordered by the Court on May 24, 2018 [see Docket # 16-17], the Parties' jointly and respectfully submit the following modifications to that discovery and motion schedule (which are intended to supersede the so-ordered dates set forth in Docket #16).

**Discovery Schedule**

• Close of Anticipated Fact Discovery:  from June 15, 2018 to **July 31, 2018**

**Cross-Motion for Summary Judgment Schedule**

• Plaintiff intends to move for partial summary judgment against Defendant on liability for copyright infringement (including dismissal of all affirmative defenses to liability).

• Defendant intends to move for partial summary judgment on the issues of willfulness, Plaintiff's actual damages, Defendant's lack of profit, and fair use and/or innocent infringement.

| Submission | Deadline | Memorandum Page Limit |
|---|---|---|
| Plaintiff's Opening Brief | August 31, 2018 | 25 |
| Defendant's Opening & Opposition | October 2, 2018 | 50 |
| Plaintiff's Opposition & Reply Brief | November 2, 2018 | 35 |
| Defendant's Reply Brief | November 16, 2018 | 10 |

MEMO ENDORSED

Granted

SO ORDERED

/s/ LEWIS A. KAPLAN, USDJ  6/1/18

Respectfully Submitted,

s/jameshfreeman/
James H. Freeman

*Counsel for Plaintiff*