# MILLER KORZENIK SOMMERS RAYMAN LLP

488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
tel: 212 752-9200   fax: 212 688-3996   www.mksr.law

July 31, 2018

**VIA ECF**

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, New York, NY 10007

Re:   *Sands v. Bauer Media Group USA, LLC*, 1:17-cv-09215 (LAK)

Dear Judge Kaplan,

On behalf of Defendant Bauer Media Group USA, LLC ("Bauer"), we write with the consent of Plaintiff's counsel to request the following modifications to the parties' discovery and motion schedule (Docket No. 19).

**Discovery Schedule**

While the parties had anticipated the close of fact discovery by July 31, 2018, we request Your Honor modify that date by one week to **August 7, 2018**. The new date will allow us time to evaluate information discovered by Defendant, while completing our firm's move to new offices this week. Plaintiff's counsel consents to this request, which we had not anticipated we would need to make.

**Cross-Motions for Summary Judgment Schedule**

In tandem with the extension of the discovery schedule, we request Your Honor modify the parties' summary judgment motion briefing schedule as follows:

| Submission | Deadline | Memorandum Page Limit |
|---|---|---|
| Plaintiff's Opening Brief | September 7, 2018 | 25 |
| Defendant's Opening & Opposition | October 12, 2018 | 50 |
| Plaintiff's Opposition & Reply Brief | November 16, 2018 | 35 |
| Defendant's Reply Brief | November 30, 2018 | 10 |

This is the parties' second extension request.

Respectfully submitted,
/s/ David S. Korzenik
David S. Korzenik