USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 7 2018

RECEIVED
JUL 31 2018
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SANDS,

                Plaintiff,

-against-

BAUER MEDIA GROUP USA, LLC,

                Defendant.

No. 1:17-cv-9215 (LAK)

**STIPULATION EXTENDING TIME FOR ANTICIPATED COMPLETION OF DISCOVERY AND SUMMARY JUDGMENT MOTION BRIEFING**

IT IS HEREBY STIPULATED AND AGREED, between the undersigned counsel for the parties indicated below:

1. That the time within which the parties anticipate completion of fact discovery is hereby extended from July 31, 2018 to and including **August 7, 2018**.

2. That the parties' summary judgment briefing schedule is modified as follows:

| Submission | Deadline | Memorandum Page Limit |
|---|---|---|
| Plaintiff's Opening Brief | September 7, 2018 | 25 |
| Defendant's Opening & Opposition | October 12, 2018 | 50 |
| Plaintiff's Opposition & Reply Brief | November 16, 2018 | 35 |
| Defendant's Reply Brief | November 30, 2018 | 10 |

3. This stipulation may be executed and/or filed in counterparts with facsimile or electronically transmitted signatures having the same force, effect and validity as the originals.

Dated: July 31, 2018
New York, New York

LIEBOWITZ LAW FIRM, PLLC

By: _____
James H. Freeman, Esq.
*Attorneys for Plaintiff*
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: 516-233-1660
JF@liebowitzlawfirm.com

MILLER KORZENIK SOMMERS RAYMAN LLP

By: _____
David S. Korzenik, Esq.
*Attorneys for Defendant*
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: 212-752-9200
dkorzenik@mkslex.com

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
8/4/18