UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Steve Sands,

            Plaintiff,

    -against-

Bauer Media Group USA, LLC,

            Defendant.
-------------------------------------------------------

Case No. 17-cv-9215

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**TERENCE P. KEEGAN**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TK0226      My State Bar Number is 5188081

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: MILLER KORZENIK SOMMERS RAYMAN LLP
                FIRM ADDRESS: 488 MADISON AVE., STE 1120, NY NY 10022
                FIRM TELEPHONE NUMBER: 212-752-9200
                FIRM FAX NUMBER: 212-688-3996

NEW FIRM:     FIRM NAME: MILLER KORZENIK SOMMERS RAYMAN LLP
                FIRM ADDRESS: 1501 BROADWAY, STE 2015, NY NY 10036
                FIRM TELEPHONE NUMBER: 212-752-9200
                FIRM FAX NUMBER: 212-688-3996

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/6/2018                                     /s/ Terence P. Keegan
                                                          ATTORNEY'S SIGNATURE