UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SANDS,
                              Plaintiff,

        - against –

BAUER MEDIA GROUP USA, LLC

                              Defendant.

1:17-cv-09215 (LAK)

**NOTICE OF MOTION**
**FOR PARTIAL SUMMARY**
**JUDGMENT IN FAVOR OF**
**PLAINTIFF**

 

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Steve Sands, dated

September 7, 2018; Donna Halperin, dated September 7, 2018; Richard P. Liebowitz, dated

September 7, 2018; and the exhibits attached thereto; the annexed statement pursuant to Local

Rule 56.1 of the United States District Court for the Southern District of New York of material

facts as to which there is no genuine issue to be tried; the memorandum of law in support

thereof; and the pleadings and prior proceedings herein, Plaintiff Steve Sands ("Plaintiff") will

move the Court, before the Honorable Judge Lewis A. Kaplan (U.S.D.J.), at the Daniel Patrick

Moynihan Courthouse, 500 Pearl St., New York, New York 10007-1312, Courtroom 21B, at a

time and date to be determined by the Court, for an Order granting partial summary judgment

pursuant to Rule 56(a) of the Federal Rules of Civil Procedure in Plaintiff's favor on the issue of

liability for copyright infringement in violation of 17 US.C. § 501 (Count I of the Complaint)

against Defendant Bauer Media Group USA, LLC ("Defendant"); and for the summary dismissal

of Defendant's defenses of failure to state a claim (first defense); invalidity of copyright

registration (second defense); failure to register (third defense); lack of sufficient ownership

interest in the copyrights (fourth defense); lack of standing (fifth defense); waiver, estoppel,

justification and consent (sixth defense); plaintiff's knowledge, representations and conduct (seventh defense); laches, unclean hands, and/or doctrine of *in pari delicto* (eighth defense); First Amendment (tenth defense); fair use (eleventh defense); release or implied license (twelfth defense); express license (thirteenth defense); and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers must be served by October 12, 2018; and Plaintiff's reply brief must be served by November 16, 2018.

Dated: Valley Stream, New York
September 7, 2018

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC
**By: /jameshfreeman/**
Richard Liebowitz
Katerina Tsyvkin
James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
(516) 233-1660
rl@liebowitzlawfirm.com
kt@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Attorneys for Plaintiff Steve Sands*

**TO:**

**MILLER KORZENIK SOMMERS RAYMAN LLP**
David S. Korzenik
Terence P. Keegan
488 Madison Avenue Suite 1120
New York, New York 10022-5702
Phone (212) 752-9200 Fax (212) 688-3996
dkorzenik@mkslex.com
tkeegan@mkslex.com

*Attorneys for Defendant Bauer Media Group USA, LLC*