UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                         Plaintiff,<br><br>     - against –<br><br>BAUER MEDIA GROUP USA, LLC<br><br>                         Defendant. | 1:17-cv-09215 (LAK)<br><br>**<u>DECLARATION OF STEVE SANDS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>** |

**STEVE SANDS**, under the penalty of perjury, declares:

1.      I am the plaintiff in this action.

2.      I am over the age of 18 years old and competent to submit this declaration in support of my motion for partial summary judgment against the defendant, Bauer Media Group USA, LLC ("Defendant") on liability for copyright infringement.

3.      I am a professional photographer who has been in the business of licensing my work for over 40 years.

**<u>My Photographs of Emily Ratajkowski – January 20, 2017</u>**

4.       On or about January 20, 2017, I photographed fashion model Emily Ratajkowski in public view.  At the time the photographs were taken, it is my understanding that she was filming an advertisement for fashion brand DKNY.

5.      No one asked me to photograph Ms. Ratajkowski; which is to say, I was <u>not</u> hired or commissioned by any person or any entity (including DKNY) to photograph Ms. Ratajkowski. She was in public view at the time I photographed her and she could have been photographed by anyone.

6.      One of the photographs depicts Ms. Ratajkowski walking her dog in the street ("Dogwalk Photograph"). Attached as <u>Exhibit A</u> is a true and correct copy of the Dogwalk Photograph.

7.      Another one of the photographs depicts Ms. Ratajkowski in a doorway ("Doorway Photograph"). Attached as <u>Exhibit B</u> is a true and correct copy of the Doorway Photograph.

8.      The Dogwalk Photograph and Doorway Photograph are collectively referred to herein as the "Photographs."

9.      In composing the Photographs, I selected the angle of shot, light and shade, exposure, and effects achieved by means of filters.

10.     Consistent with my 40-year career as a professional photographer of celebrities and newsworthy subject matter, I created the Photographs for the purpose of licensing to news outlets and media organizations.

11.     At the time I took the Photographs, I personally observed other photographers on the scene taking photographs of Ms. Ratajkowski.

**<u>Professional Licensing of the Photographs – January 20, 2017</u>**

12.     On or about January 20, 2017, I licensed the Photographs to Getty Images, a third-party stock photograph agency based in the United States with website at www.GettyImages.com.

13.     I also licensed the Dogwalk Photograph to Matrix Pictures, a third-party stock photography agency located in the United Kingdom with website at www.Matrixpictures.co.uk and www.idspicturedesk.com.  Attached as <u>Exhibit C</u> are true and correct copies of screenshots from the Matrix Pictures website showing the Dogwalk Photograph available for license.

14.     Aside from Getty Images and Matrix Pictures, I did <u>not</u> license the Photographs to any other third-party.

15.     I never licensed the Photographs to Emily Ratajkowski; nor have I ever personally communicated with Ms. Ratajkowski.

16.     I never granted Ms. Ratajkowski permission to display the Photographs on her personal Instagram page nor any other social media account.

17.     I never granted DKNY permission to distribute the Photographs as part of its commercial advertising campaign (nor did DKNY ever attempt to secure my permission).

**<u>Defendant's Unauthorized Publication of the Photographs – March 13, 2017</u>**

18.     On or about March 13, 2017, Defendant published an article on its website at entitled *Emily Ratajkowski: New DKNY Ad is Just Her Walking a Dog in Lingerie* at the URL https://www.fhm.com/posts/the-sexy-dkny-commercial-of-emily-ratajkowski-walking-a-dog-in-lingerie-has-finally-been-released-127635/photos/emily-ratajkowski-instagram-239926#photo-anchor (the "Bauer Article").  Attached as <u>Exhibit D</u> are true and correct screenshots of the Bauer Article.

19.     As part of the Bauer Article, Defendant prominently displayed the Photographs.

20.     Commercial advertisements are visible on the face of the Bauer Article in which the Photographs are prominently displayed.

21.     On the face of the Bauer Article, I was not credited as the author of the Photographs.

22.     Defendant did not seek my permission to publish the Photographs.

23.     I never granted Defendant authorization to copy the Photographs or distribute copies of my registered works to the public.

24.    Prior to Defendant's publication of the Photographs, there was no communication between myself and Defendant.

25.    Before this lawsuit was filed, there was no communication between myself and Defendant.

26.    At no time prior to the institution of this lawsuit did I ever make any representations of any kind to Defendant.

**Registration of the Photograph – March 27, 2017**

27.    My counsel, Liebowitz Law Firm, PLLC (the "Firm"), enforces my rights against copyright infringers.  As part of the services it provides, the Firm routinely registers my photographs with the U.S. Copyright Office ("USCO").

28.    I authorized the Firm to register the Photographs with the USCO on my behalf.

29.    I am in possession of a registration certificate for the Photograph, bearing number VA 2-036-401, with effective date March 27, 2017 (the "401 Registration").  Attached as Exhibit E is a true and correct copy of the 401 Registration.

30.    I obtained the 401 Registration on March 27, 2017, within five years after first publication of the Photographs, which took place on January 20, 2017.

**Defendant's Refusal to Take Down the Photographs**

31.    Subsequent to filing this lawsuit against Defendant, Defendant failed to remove the Photographs from the Bauer Article as first published on the www.fhm.com website and remain on the Bauer's website as of September 4, 2018. *See* https://www.fhm.com/posts/the-sexy-dkny-commercial-of-emily-ratajkowski-walking-a-dog-in-lingerie-has-finally-been-released-127635/photos/emily-ratajkowski-instagram-239926#photo-anchor (accessed September 4, 2018 – same as Exhibit D).

Dated: New York, New York

Executed this 7th Day of September 2018.

**STEVE SANDS**