# EXHIBIT C

Lightboxes Downloaded Preferences Agencies Top Searches

**IDS**

LATEST SETS | LATEST IMAGES | VISUAL SEARCH | SPORTS | STUDIO | FEATURES | NEWS | TRAVEL | MOVIESTILLS | CARTOONS | INTERVIEW

emily ratajkowsk | ☐ Oldest ☐ Subject ☐ Sets | from date to date | ☐ Portrait ☐ Landscape | « Back | « Previous | Next »

Contact Agency | Low-res | + Lightbox



# Emily Ratajkowski

**Archive Date :** 21 Jan 2017
**Image Date :** 20 Jan 2017

**Notes:** (click on text below to update)
Click to edit

Shared: ● Only me: ○

**Caption :** NON EXCLUSIVE PICTURE: MATRIXPICTURES.CO.UK PLEASE CREDIT ALL USES UK RIGHTS ONLY American glamour model and actress *Emily* *Ratajkowski* is spotted filming a DKNY advert with a pet dog in New York. JANUARY 20th 2017 REF: SND 17136

**Headline :** *Emily* *Ratajkowski* Films DKNY Advert In New York 17136

**Keywords :** Matrix celebrity celeb event fashion red carpet lingerie underwear bra sexy

**Special Instructions :**

**Credit :** Matrixpictures.co.uk

**Photographer :** Matrixpictures.co.uk

**Source :** Matrixpictures.co.uk

**IDS Reference :** abk7b389
**Supplier Ref:** MTX_RATAJKOWSKI_EMILY_17136_03.JPG

Print | PDF Download

**Contact Details :**
Matrix Media Ltd
Plantation Wharf Studios
84 Trade Tower
London
SW11 3UF
+44 20 3239 0902
picturedesk@matrixpictures.co.uk
matrixmediagroup.co.uk





SANDS_631






| FOR: STEVE SANDS | 18:20 15/08/2018 | CLICK IDS REF FOR IMAGE: |
|---|---|---|



**IDS REF: abk7b389**
**SUPPLIER REF: MTX_RATAJKOWSKI_EMILY_17136_03.JPG**
Emily Ratajkowski

Credit : Matrixpictures.co.uk

Caption : NON EXCLUSIVE PICTURE: MATRIXPICTURES.CO.UK PLEASE CREDIT ALL USES  UK RIGHTS ONLY  American glamour model and actress Emily Ratajkowski is spotted filming a DKNY advert with a pet dog in New York.  JANUARY 20th 2017  REF: SND 17136