# EXHIBIT D

Win Great Prizes from FHM!                                                                 Contact Us

**FHM**    NEWS    STYLE    BEST    HEALTH & FITNESS    HOW-TO                              FOLLOW US!

# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm

By **FHM Editor**

Back in **January** we released some stunning pictures of **Emily Ratajkowski** walking a dog down the streets of NYC in nothing but lingerie. We knew the pictures were a part of her commercial for DKNY, but we had no idea when the actual commercial would be released.

Well, as luck would have it, Ratajkowski posted the final product on her Instagram today and it's everything we dreamed of and then some!

Could you imagine Emily walking past you on the street in her skivvies without passing out? No? Neither can we.







18 MONTHS AGO 

**MORE: 'The 20 Sexiest Instagram Ladies To Love In March, 2017'**

1 of 10



*Credit: Image Via Instagram/emrata*

f SHARE  ▸ TWEET



## Sponsored Content

Recommended by outbrain


**10/10 People Get Through Just Two Images Before Cracking Up**
Offbeat


**These PJs Give You More Energy**
Real Simple

**[Pics] After Years Of Speculation, Nicole Kidman Finally Admits Truth About...**
Scribol


**Glasses-Wearers Are Going Crazy Over This Website**
GlassesUSA


**How this revolutionary app can teach you a second language in just 3 weeks**
Babbel


**Top Cardiologist: "This Is Why You Have Less Energy After 50"**
Health Headlines




Win Great Prizes from FHM!  Contact Us

**FHM**  NEWS  STYLE  BEST  HEALTH & FITNESS  HOW-TO  FOLLOW US!

# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm

By **FHM Editor**

 

2 of 10



**Credit:** *Image Via Instagram/emrata*

 

 SHARE    TWEET







## Sponsored Content

Recommended by Outbrain


**Hilarious Airport Photos That Are Too Good To Miss**
Offbeat


**60 Rare Photos That Show A Different Side To The Past Than We Already Know**
groovyhistory.com

 
**A Car Like No Other: The New Ford Explorer Explored**
Edmunds





Win Great Prizes from FHM!    Contact Us

**FHM**  NEWS  STYLE  BEST  HEALTH & FITNESS  HOW-TO    FOLLOW US!

# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm
By FHM Editor

Back in **January** we released some stunning pictures of **Emily Ratajkowski** walking a dog down the streets of NYC in nothing but lingerie. We knew the pictures were a part of her commercial for DKNY, but we had no idea when the actual commercial would be released.

Well, as luck would have it, Ratajkowski posted the final product on her Instagram today and it's everything we dreamed of and then some!

Could you imagine Emily walking past you on the street in her skivvies without passing out? No? Neither can we.





**MORE: 'The 20 Sexiest Instagram Ladies To Love In March, 2017'**

1 of 10




**Credit:** Image Via Instagram/emrata

 SHAR   TWEE

Sponsored Content    Recommended by Outbrain

  

60 Unedited Retro Photos That Captured More Than Expected — groovyhistory.com

60 Rare Photos That Show A Different Side To The Past Than We Already — groovyhistory.com

Cowboy Boot Lovers Are Going Crazy Over This New Brand — Tecovas



  



JEEP GRAND CHEROKEE — #1 SELLING FULL-SIZE SUV IN THE NORTHEAST — VIEW INCENTIVES

**MORE: 'The 20 Sexiest Instagram Ladies To Love In March, 2017'**

1 of 10



*Credit:* Image Via Instagram/emrata



 SHARE    TWEET



## Sponsored Content

Recommended by Outbrain


**60 Vintage Photos That Captured Way More Than Expected**
groovyhistory.com


**A Car Like No Other: The New Chevy Tahoe Explored**
Edmunds


**How this revolutionary app can teach you a second language in…**
Babbel


**[Pics] This Mom Never Fed Her Daughter Carbs Or Sugars And This Is…**
Ice Pop


**20 Awesome Trucks That Will Fit Any Budget**
Edmunds


**Get Out Of Debt With The Help Of These 3 Credit Cards**
NextAdvisor





Win Great Prizes from FHM!                                                                 Contact Us

**FHM**   NEWS   STYLE   BEST   HEALTH & FITNESS   HOW-TO                                  FOLLOW US!

# Emily Ratajkowski's New DKNY Ad Is Just Her Walking A Dog In Lingerie

Updated: Mar 13, 2017 4:16 pm
By FHM Editor

2 of 10



Credit: Image Via Instagram/emrata

SHARE   TWEET



Sponsored Content                                Recommended by Outbrain


**These 5 Follain Products Can Transform Your Skin**
Popdust


**5 Email Marketing Services For Small Businesses**
WordPress.com


**Glasses-Wearers Are Going Crazy Over This...**
GlassesUSA




How to Get Sol... in (State) on a...



Come alive with the forest. Find one near you at DISCOVER the FOREST.org