UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                      Plaintiff,<br><br>  - against –<br><br>BAUER MEDIA GROUP USA, LLC<br><br><br>                      Defendant. | 1:17-cv-09215 (LAK)<br><br><br>**DECLARATION OF RICHARD P. LIEBOWITZ IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**RICHARD P. LIEBOWITZ**, under the penalty of perjury, declares:

1.  I am an attorney with Liebowitz Law Firm, PLLC (the "Firm"), where I am the founder and managing attorney.

2.  I am over the age of 18 years old, competent to testify and a member in good standing of the New York State Bar. I am admitted to practice before this Court and serve as lead counsel of record in this matter on behalf of Steve Sands ("Plaintiff").

3.  I have personal knowledge of the facts relating to the applicable copyright registration for the photograph at issue.

4.  I submit this declaration in support of Plaintiff's motion for partial summary judgment on liability for copyright infringement against Defendant Bauer Media Group USA, LLC ("Defendant" or "Bauer").

**Copyright Registration of Sands' Photographs**

5.  The Firm specializes in enforcing the copyrighted works of photographers and, in the last three years, has filed over 800 copyright infringement cases in this District and the Eastern District of New York on behalf of photographers.

6. It is the Firm's routine practice to register photographs with the U.S. Copyright Office (the "USCO") on behalf of the Firm's clients.

7. In furtherance of that practice, the Firm employs support staff to assist in registering clients' photographs with the USCO. I directly supervise all employees of the Firm who handle the copyright registration process.

8. One employee who handles copyright registrations on behalf of the Firm's clients is Donna Halperin, the Firm's Director of Client Relations. Ms. Halperin's work in this regard is performed under my supervision.

9. On or about March 27, 2017, Ms. Halperin submitted an application to the USCO for copyright registration (the "401 Application") of Plaintiff's photographs of fashion model Emily Ratajkowski (the "Photographs"). My name appears on the face of the 401 Application under the section entitled "Certification". A true and correct copy of the 401 Application is attached hereto as Exhibit A.

10. The USCO mailed the Firm a registration certificate bearing registration number VA 2-036-401, with effective date March 27, 2017 (the "401 Registration"). My name appears on the face of the 401 Registration under the section entitled "Certification". A true and correct copy of the 401 Registration is attached hereto as Exhibit B.

11. The content title of the photograph which depicts Ms. Ratajkowski walking a dog, as listed on the face of the 401 Registration and 401 Application, is "632197004.jpg".

12. The content title of the photograph which depicts Ms. Ratajkowski in a doorway, as listed on the face of the 401 Registration and 401 Application, is "632192064.jpg".

13. According to the USCO's official records, the Photographs bearing content titles 632197004.jpg and 632192064.jpg are on deposit with the 401 Registration. Attached as Exhibit C is a true and correct copy of the certified deposit copies, dated June 13, 2018, plus receipts

from the USCO in the total amount of $312.00 and the litigation statement used to order the certified deposits.

14. The registration of the Photographs on behalf of Plaintiff was carried out in accordance with the Firm's routine practice of registering clients' photographs with the USCO.

**Defendant Bauer Media Group USA, LLC**

15. Bauer is a largescale, for-profit media company. Attached hereto as <u>Exhibit D</u> are print-outs from Bauer's corporate website and Bauer's Wikipedia page.

16. Bauer's parent company has a workforce of approximately 11,000 employees in 17 different countries. See <u>Exhibit D</u>.

17. Bauer manages a portfolio of more than 600 magazines, over 400 digital products and 100 radio and TV stations around the world. See <u>Exhibit D</u>.

18. Bauer disseminates news content. See <u>Exhibit D</u>.

19. Bauer is in the publishing industry. See <u>Exhibit D</u>.

20. In response to Plaintiff's document demands, Bauer did not produce *any* documents at any time during the discovery period (nor thereafter).


Dated: Valley Stream, New York
Executed this 7th Day of September, 2018

_____
RICHARD P. LIEBOWITZ