# EXHIBIT A

     **Registration #:** \*-APPLICATION-\*
    **Service Request #:** 1-4418982341

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

      **Priority:** Routine   **Application Date:** March 27, 2017

## Correspondent

     **Name:** Richard Liebowitz
    **Email:** rl@liebowitzlawfirm.com
  **Telephone:** (516)233-1660
   **Address:** 11 Sunrise Plaza
       Suite 305
       Valley Stream, NY 11580 United States

Registration Number
# *-APPLICATION-*

## Title

    **Title of Work:**    Group Registration of Published Photographs - Steve Sands; 2017 Photos; all published 1/7/17-3/23/17; 732 Photos

    **Content Title:**    631228764.jpg
631228768.jpg
631228772.jpg
631228780.jpg
631228782.jpg
631228788.jpg
631228804.jpg
631228812.jpg
631228816.jpg
631228820.jpg
631228826.jpg
631228828.jpg
631228834.jpg
631228842.jpg
631228854.jpg
631229390.jpg
631229398.jpg
631229420.jpg
631229422.jpg
631229464.jpg
631229468.jpg; 1/7/17

631497140.jpg
631497144.jpg
631497146.jpg
631497148.jpg
631497150.jpg
631497152.jpg
631497154.jpg
631497156.jpg
631497158.jpg
631497160.jpg
631497166.jpg
631497168.jpg; 1/11/17

632183982.jpg
632183986.jpg
632183994.jpg
632183998.jpg
632184000.jpg
632184010.jpg

632184012.jpg
632184014.jpg
632184016.jpg
632184018.jpg
632184020.jpg
632184022.jpg
632184024.jpg
632184028.jpg
632184030.jpg
632184032.jpg
632184036.jpg
632184042.jpg
632184044.jpg
632184046.jpg; 1/19/17

632191988.jpg
632192010.jpg
632192030.jpg
632192034.jpg
632192050.jpg
632192064.jpg
632192078.jpg
632196946.jpg
632196970.jpg
632197004.jpg
632197080.jpg
632197090.jpg
632197092.jpg
632199554.jpg
632199594.jpg
632199604.jpg
632199606.jpg
632199614.jpg
632199638.jpg
632199686.jpg
632199720.jpg
632199744.jpg
632199762.jpg
632199798.jpg
632199840.jpg
632199842.jpg
632199882.jpg
632200364.jpg
632200370.jpg
632200434.jpg
632310398.jpg
632311900.jpg
632311902.jpg
632311936.jpg
632311970.jpg
632312074.jpg
632312124.jpg
632312146.jpg; 1/20/17

632316330.jpg
632316360.jpg
632316368.jpg
632316380.jpg

632316384.jpg
632316398.jpg; 1/21/17

632613834.jpg
632614914.jpg
632614916.jpg
632614998.jpg
632658706.jpg
632658746.jpg
632658756.jpg
632659018.jpg
632659056.jpg
632659086.jpg
632659094.jpg
632659100.jpg
632659108.jpg
632659116.jpg
632659118.jpg
632713578.jpg
632713612.jpg
632713636.jpg; 1/24/17

632784872.jpg
632784880.jpg
632784888.jpg
632784894.jpg
632784902.jpg
632784918.jpg
632785532.jpg
632785534.jpg
632785554.jpg
632785562.jpg
632785564.jpg
632785570.jpg
632785584.jpg
632785586.jpg
632785592.jpg
632785594.jpg
632786254.jpg
632786386.jpg
632786388.jpg
632786396.jpg
632786400.jpg
632786496.jpg
632786638.jpg; 1/26/17

632868650.jpg
632868658.jpg
632868664.jpg
632868672.jpg
632868674.jpg
632868688.jpg; 1/27/17

633085990.jpg
633085998.jpg
633086002.jpg
633086006.jpg
633086014.jpg

633086028.jpg
633086090.jpg
633086096.jpg
633086100.jpg
633086112.jpg
633086118.jpg
633086120.jpg
633086264.jpg
633086270.jpg
633086272.jpg
633086278.jpg
633086284.jpg
633086286.jpg
633086386.jpg
633086388.jpg
633086394.jpg
633086396.jpg
633086402.jpg
633086406.jpg
633086596.jpg
633086598.jpg
633086604.jpg
633086606.jpg
633086620.jpg
633086642.jpg
633086752.jpg
633086754.jpg
633086760.jpg; 1/29/17

633151906.jpg
633151908.jpg
633151914.jpg
633151918.jpg
633151920.jpg
633151922.jpg
633151924.jpg
633151928.jpg
633151930.jpg
633151934.jpg
633151938.jpg
633151948.jpg
633151950.jpg
633151952.jpg
633151954.jpg
633151958.jpg
633151960.jpg
633151962.jpg
633151964.jpg
633151968.jpg
633151970.jpg
633151972.jpg
633151974.jpg
633151976.jpg
633151978.jpg
633151980.jpg
633151986.jpg
633151988.jpg
633151990.jpg

633151996.jpg
633151998.jpg
633152006.jpg; 1/30/17

633239144.jpg
633239148.jpg
633239152.jpg
633239156.jpg
633239160.jpg
633239164.jpg
633239168.jpg
633239172.jpg
633239176.jpg
633239182.jpg
633239184.jpg
633239190.jpg; 1/31/17

633631844.jpg
633631848.jpg
633631852.jpg
633631854.jpg
633631856.jpg
633631860.jpg
633631862.jpg
633631868.jpg
633631870.jpg
633631872.jpg
633631874.jpg
633631876.jpg
633631878.jpg
633631882.jpg
633631884.jpg
633631888.jpg
633631890.jpg
633631892.jpg
633631896.jpg
633631904.jpg
633631906.jpg
633631908.jpg
633631910.jpg
633631912.jpg
633631914.jpg
633631916.jpg
633631918.jpg
633631920.jpg
633631924.jpg
633631926.jpg
633631930.jpg
633631934.jpg
633631938.jpg
633631942.jpg
633631948.jpg
633631950.jpg
633631954.jpg; 2/2/17

633751034.jpg
633751036.jpg
633751042.jpg

633751046.jpg
633751050.jpg
633751054.jpg
633751058.jpg
633751062.jpg
633751068.jpg
633751070.jpg
633751078.jpg
633751084.jpg
633751088.jpg
633751092.jpg
633751098.jpg
633751100.jpg
633751114.jpg
633751118.jpg
633751130.jpg
633751134.jpg
633751138.jpg
633751142.jpg
633751146.jpg
633751152.jpg
633751154.jpg
633751160.jpg
633751162.jpg
633751168.jpg
633751170.jpg
633751176.jpg
633751178.jpg
633751192.jpg
633751194.jpg
633751200.jpg
633751216.jpg
633751218.jpg
633751232.jpg
633751234.jpg
633751248.jpg
633751258.jpg
633751276.jpg
633751292.jpg
633751306.jpg; 2/3/17

633928812.jpg
633928820.jpg
633928828.jpg
633928832.jpg
633928836.jpg
633928840.jpg
633928848.jpg
633928852.jpg
633928862.jpg
633928868.jpg
633928870.jpg
633928872.jpg
633928878.jpg
633928886.jpg
633928892.jpg
633928894.jpg
633928900.jpg

633928910.jpg
633928916.jpg
633928918.jpg
633928924.jpg
633928932.jpg
633928934.jpg; 2/4/17

634053936.jpg
634054676.jpg
634130116.jpg
634130120.jpg
634130126.jpg
634130134.jpg
634130136.jpg
634130150.jpg
634130152.jpg
634130156.jpg
634130158.jpg
634130166.jpg
634130168.jpg
634130184.jpg
634130186.jpg
634130188.jpg
634130190.jpg
634130196.jpg
634130200.jpg
634130202.jpg
634130204.jpg
634130208.jpg
634130218.jpg
634130224.jpg
634130226.jpg
634130228.jpg
634130230.jpg
634130236.jpg
634130240.jpg
634130242.jpg
634130244.jpg
634130250.jpg
634130254.jpg
634130262.jpg
634130264.jpg
634130274.jpg
634130276.jpg
634130280.jpg
634130282.jpg
634130286.jpg
634130288.jpg
634130302.jpg
634130304.jpg; 2/6/17

634614150.jpg
634614154.jpg
634614164.jpg
634614170.jpg
634614176.jpg
634614200.jpg
634614208.jpg

634614210.jpg
634614216.jpg
634614218.jpg
634614224.jpg
634614226.jpg; 2/10/17

635167240.jpg
635167256.jpg
635167286.jpg
635167300.jpg
635167308.jpg
635167316.jpg
635167328.jpg
635167330.jpg
635167358.jpg
635167388.jpg
635208302.jpg
635208310.jpg
635208342.jpg
635208524.jpg; 2/13/17

635294178.jpg
635294184.jpg
635294348.jpg
635294358.jpg
635294364.jpg
635294388.jpg
635294396.jpg
635294404.jpg
635294412.jpg
635294428.jpg
635294440.jpg
635294444.jpg
635294462.jpg
635294476.jpg; 2/14/17

635514552.jpg
635514576.jpg
635514590.jpg
635514596.jpg
635514628.jpg
635514632.jpg
635514640.jpg
635514656.jpg
635514662.jpg
635514672.jpg
635514696.jpg
635514702.jpg
635588524.jpg
635588530.jpg
635588546.jpg
635588580.jpg
635588588.jpg
635588630.jpg
635588650.jpg
635588706.jpg
635588754.jpg
635588796.jpg

635591900.jpg
635591920.jpg
635591968.jpg
635591982.jpg
635591996.jpg
635592004.jpg
635592014.jpg
635592028.jpg
635592048.jpg
635592066.jpg
635592070.jpg
635592078.jpg
635592094.jpg
635592100.jpg
635592116.jpg
635592132.jpg
635592134.jpg
635592146.jpg
635592162.jpg
635592176.jpg
635592180.jpg
635592210.jpg
635592218.jpg
635592236.jpg
635592242.jpg
635592248.jpg
635592264.jpg
635592278.jpg
635592286.jpg
635592288.jpg; 2/15/17

643532988.jpg
643532990.jpg
643532994.jpg
643533000.jpg
643533010.jpg
643533012.jpg
643533030.jpg
643533046.jpg
643533064.jpg
643533126.jpg; 2/21/17

644018946.jpg
644018972.jpg
644018990.jpg
644019008.jpg
644019014.jpg
644019020.jpg
644019032.jpg
644019234.jpg
644019254.jpg
644019258.jpg
644019266.jpg
644019268.jpg
644019276.jpg
644019278.jpg
644019280.jpg
644019292.jpg

SANDS0026

644019294.jpg
644019296.jpg
644019304.jpg
644019306.jpg
644019326.jpg; 2/22/17

646188478.jpg
646188482.jpg
646188486.jpg
646188490.jpg
646188502.jpg
646188508.jpg
646188510.jpg
646188512.jpg
646188516.jpg
646188522.jpg
646188524.jpg
646188528.jpg
646188530.jpg
646188536.jpg
646188542.jpg
646188550.jpg
646188554.jpg
646188564.jpg
646188566.jpg
646188570.jpg
646188576.jpg
646188584.jpg
646188590.jpg
646188596.jpg
646188628.jpg
646188640.jpg
646206400.jpg
646206406.jpg
646206416.jpg
646206422.jpg
646206426.jpg
646206434.jpg
646206440.jpg
646206444.jpg
646206450.jpg
646206470.jpg
646208418.jpg
646220108.jpg
646220142.jpg
646220162.jpg
646220164.jpg
646220208.jpg
646220222.jpg
646220230.jpg
646220238.jpg
646220256.jpg
646220264.jpg
646220274.jpg
646220276.jpg
646220306.jpg
646220322.jpg
646220342.jpg

646220348.jpg
646220374.jpg
646220382.jpg
646220394.jpg
646220402.jpg
646220440.jpg; 2/27/17

648443394.jpg
648443438.jpg
648443446.jpg
648443450.jpg
648443474.jpg
648443480.jpg
648443486.jpg
648443490.jpg
648443500.jpg
648443502.jpg
648443504.jpg
648443506.jpg
648443510.jpg
648443512.jpg
648443514.jpg
648443518.jpg
648443520.jpg
648443524.jpg
648443526.jpg
648443530.jpg; 3/5/17

649372750.jpg
649372754.jpg
649372756.jpg
649372776.jpg
649372780.jpg
649372786.jpg
649372790.jpg
649372792.jpg
649372804.jpg
649372806.jpg
649372808.jpg
649372810.jpg
649372818.jpg
649372820.jpg
649372822.jpg
649372830.jpg
649372832.jpg
649372834.jpg
649372836.jpg
649372838.jpg
649372844.jpg; 3/7/17

649660484.jpg
649660496.jpg
649660502.jpg
649660508.jpg
649660564.jpg
649660580.jpg
649660582.jpg
649660596.jpg

649660598.jpg
649660610.jpg
649660618.jpg
649660632.jpg
649967898.jpg
649967914.jpg
649967922.jpg
649967936.jpg
649967940.jpg
649967952.jpg
649967954.jpg
649967958.jpg
649967960.jpg
649967966.jpg
649967968.jpg
649967974.jpg
649967976.jpg
649967982.jpg
649967992.jpg
649967994.jpg
649968008.jpg; 3/8/17

653266070.jpg
653266072.jpg
653266088.jpg
653266096.jpg
653266098.jpg
653266104.jpg
653266110.jpg
653266116.jpg
653266118.jpg
653266120.jpg
653266130.jpg
653266132.jpg
653266134.jpg
653266138.jpg
653266142.jpg
653266146.jpg
653266148.jpg
653266150.jpg
653266152.jpg
653266154.jpg
653266156.jpg
653266158.jpg
653266166.jpg
653266172.jpg
653266174.jpg
653266200.jpg
653266202.jpg
653266222.jpg
653266224.jpg
653266244.jpg
653266246.jpg
653266312.jpg
653266322.jpg
653266324.jpg
653266340.jpg
653266354.jpg

653266364.jpg
653266378.jpg; 3/13/17

653406318.jpg
653406328.jpg; 3/14/17

656495732.jpg
656495744.jpg
656495754.jpg
656495760.jpg
656495776.jpg
656495780.jpg
656495788.jpg
656495796.jpg
656495810.jpg
656495812.jpg
656495814.jpg
656495816.jpg
656495846.jpg
656495848.jpg
656495850.jpg
656495852.jpg
656495886.jpg
656495888.jpg
656495892.jpg
656495894.jpg
656495896.jpg
656495912.jpg
656495914.jpg
656495920.jpg
656495924.jpg
656495938.jpg
656495940.jpg
656495942.jpg
656495946.jpg
656495954.jpg
656495958.jpg
656495960.jpg
656495964.jpg
656495974.jpg
656495978.jpg
656495982.jpg
656495986.jpg
656495988.jpg
656495990.jpg
656495996.jpg
656496012.jpg
656496016.jpg
656496026.jpg
656496062.jpg
656496084.jpg
656496086.jpg
656496118.jpg
656496120.jpg
656739690.jpg
656739704.jpg
656739710.jpg
656739716.jpg

656739728.jpg
656739732.jpg
656739748.jpg; 3/22/17

657191924.jpg
657191946.jpg
657191962.jpg
657191976.jpg
657191990.jpg
657192006.jpg
657192020.jpg
657192024.jpg
657192026.jpg
657192032.jpg
657192038.jpg
657192040.jpg
657192044.jpg
657192050.jpg
657192064.jpg
657192066.jpg
657192068.jpg
657192072.jpg
657192084.jpg; 3/23/17

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | January 07, 2017 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Steve Sands |
| Author Created: | photograph |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Steve Sands |
|  | 568 Grand Street, Apt J903, New York, NY, 10002, United States |

## Certification

|  |  |
|---|---|
| Name: | Richard Liebowitz |
| Date: | March 27, 2017 |