# EXHIBIT C



LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of a portion (632192064.jpg and 632197004.jpg) of the work entitled **GROUP REGISTRATION OF PUBLISHED PHOTOGRAPHS – STEVE SANDS; 2017 PHOTOS; ALL PUBLISHED 1/7/17-3/23/17; 732 PHOTOS** deposited in the Copyright Office with claim of copyright registered under number **VA 2-036-401.**

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on June 13, 2018.

Karyn A. Temple
Acting United States Register of Copyrights and Director

Veronica Patten

By: Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



SANDS0033



SANDS0034





# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington DC 20559-6000

**No. 1-30IPIRP**

**Date: 05/07/2018 15:44:56**

**Received**

Form(s):
Deposit Count:
Piece to Count:
Type of Deposit:
Other Enclosures:
Title:
# Additional Titles:
Priority:
# of Documents:

**Services**

| | |
|---|---|
| [ ] | Search Report |
| [ ] | Search |
| [X] | Retrieval |
| [ ] | Correspondence |
| [ ] | Inspection |
| [X] | Photocopies |
| [ ] | Additional Certificate |
| [ ] | Certification |
| [ ] | Secure Test Exam |

**Other:**

**Received From:** Debbie Carrillo
11 Sunrise Plaza
Suite 305
Valley Stream NY 11580
United States

Phone: (516) 233-1660

**Representing:** Liebowitz Law Firm, PLLC

Phone: () -

**Correspondence Id:**

**Fees**

| | |
|---|---|
| No Fee: | [ ] |
| Fee to be Determined: | [ ] |
| Base Fee: | $112.00 |
| Special Handling Fee: | $ |
| Secure Test Exam Fee: | $ |
| Total due: | $112.00 |

**Method of Payment** / **Amount**

Check:
Money Order:
Deposit Account:
Deposit Account Name:

| | | | |
|---|---|---|---|
| Credit Card | Auth # 08857G | $112.00 | Visa |

**Total Payment: $112.00**

**Notes:**
**VA 2-036-401**

**Received By:** DDUP

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person ... all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant

...When multiple claims are submitted by or on behalf of the same ...e title will appear on the receipt.

LIB CONGRESS/COPYRIGHT
101 INDEPENDENCE AVE SE
WASHINGTON, DC 20559
(202) 707-2573

SALE

MID: 000025521302
TID: 002
Batch #: 127001
05/07/18
REF#: 00000496
RRN: 490100003
16:30:01
CVC: M
ORDER#: 00000496
APPR CODE: 08857G
VISA
************9267
Manual CNP
**/**
AMOUNT
$112.00
APPROVED
CUSTOMER COPY

# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington DC 20559-6000

**No. 1-3138AYB**

**Date: 05/18/2018 14:45:33**

**Received**

Form(s):
Deposit Count:
Piece to Count:
Type of Deposit:
Other Enclosures:
Title:
# Additional Titles:
Priority:
# of Documents:

**Services**

| | |
|---|---|
| | **Search Report** |
| | **Search** |
| | **Retrieval** |
| | **Correspondence** |
| | **Inspection** |
| | **Photocopies** |
| | **Additional Certificate** |
| X | **Certification** |
| | **Secure Test Exam** |

**Other:**

**Received From:** **Debbie Carrillo**
**11 Sunrise Plaza**
**Suite 305**
**Valley Stream NY 11580**

Phone: **(516) 233-1660**

**Representing:** **Liebowitz Law Firm PLLC** Phone: **() -**

**Correspondence Id:**

| **Fees** | | **Method of Payment** | | **Amount** | |
|---|---|---|---|---|---|
| No Fee: | | Check: | | | |
| Fee to be Determined: | | Money Order: | | | |
| Base Fee: | **$200.00** | Deposit Account: | | | |
| Special Handling Fee: | **$** | Deposit Account Name: | | | |
| Secure Test Exam Fee: | **$** | | | | |
| Total due: | **$200.00** | | | | |
| | | **Credit Card** | **Auth # 0366G** | **$200.00** | **Visa** |
| | | | **Total Payment:** | **$200.00** | |

**Notes:**
**Update to package no. 1-30IPIRP for certification fees**

**Received By:** **LAWE**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.



# Litigation Statement · Form LS

United States Copyright Office, Certifications and Documents Section

Request for Reproduction of Copies, Phonorecords, or Identifying Material Deposited in Connection with Copyright Registration

## BASIC INSTRUCTIONS

This form *must* be used to request copies of copyright deposits pursuant to 37 CFR §201.2(d)(2)(ii). This form *must* contain an original signature and *all* information requested in order for the Office to process the request. A separate Form LS must be used for each work requested. The person who picks up copies must present photo identification.

**WARNING:** Material requested *must only* be used for specific litigation noted.

## 1

**A** Pursuant to 17 USC §706(b) and 37 CFR §201.2(d)(2)(ii), please make a copy of the deposit described below.

Registration number ▼ **VA 2-036-401**

Effective date of registration ▼ **March 27, 2017**

Title and description of this work: **632192064.jpg and 632197004.jpg**

**B** The copy of this material should be:

☐ Uncertified ☒ Certified (additional fee applies) ☐ Expedited (additional fee applies)

## 2

**A** The copy of this material is to be used for the following actual or prospective litigation:

Name of client: **Steve Sands**

Address: **568 Grand St., Apt.J903**

City: **New York** State: **NY** Zip: **10002-4378**

Phone: ( **917- 673-5739** Fax: ( ) Email: **stevesandsny@gmail.com**

**B** Client is (or may become): ▼

☒ Plaintiff ☐ Defendant

Name(s) of other party/parties ▼ **Bauer Media Group USA, LLC (defendant)**

**C** Nature of the controversy: ▼ **Copyright Infringement (17 U.S.C. § 101 *et seq.*);**

Name of court if proceedings have been instituted: ▼ **U.S. District Court, Southern District of New York**

Docket number: **17-cv-9215 (LAK)**

Caption: **Sands v. Bauer Media Group USA, LLC**

**D** If litigation is prospective, please give a full statement of the facts surrounding the controversy (attach additional sheets if necessary). Attach any letter or other document that supports your claim that litigation may be instituted.

**n/a**

**MORE ON BACK**
- Complete all applicable spaces (number 3) on the reverse side of this page.
- Read all information and sign number 4.

DO NOT WRITE HERE

REQUESTED MATERIAL WAS PICKED UP BY

PHOTO ID CHECKED BY

OR MAILED TO

DATE

**FORM LS**

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE

## 3

Printed name of requesting attorney or pro se litigant: James H. Freeman

Name of firm: Liebowitz Law Firm PLLC

Address (*no P.O. boxes*): 11 Sunrise Plaza, Suite 305

City: Valley Stream State: NY Zip: 11580

Phone: ( 516 ) 233-1660 Fax: ( 516 ) 612-2740 Email: jf@liebowitzlawfirm.com

The requested material ☒ should be mailed to the address above

☐ will be picked up by: ______ Individual's name or name of messenger service

☐ use requesting patrons FedEx account: ______ Account number

## 4

Any false statement of a material fact made on this form may be a criminal offense. See 18 U.S.C. §1001(a), reprinted below. The Copyright Office may report misrepresentations or misconduct to Federal enforcement agencies or the appropriate bar association(s).

I hereby declare to the Copyright Office, under penalty of perjury, that a controversy exists and that the requested copy will be used only in connection with the specified actual or prospective litigation. I also acknowledge that any other use of this copy would be in violation of the Regulations of the Copyright Office 37 CFR §201.2(d)(2).

James H. Freeman 5/7/2018

Handwritten signature of ☒ Attorney: Bar number JH 8605 State of practice New York Date

☐ Pro se litigant (*individual serving as his or her own attorney*)

**Return this form to:** Records Research and Certification Section, U.S. Copyright Office, P.O. Box 70400, Washington, DC 20024

**37 CFR §201.2(d)(2)(ii)**
(2) Requests for certified or uncertified reproductions of the copies, phonorecords, or identifying material deposited in connection with a copyright registration of published or unpublished works in the custody of the Copyright Office will be granted only when one of the following three conditions has been met:

***

(ii) The Copyright Office receives a written request from an attorney on behalf of either the plaintiff or defendant in connection with litigation, actual or prospective, involving a copyrighted work. The following information must be included in such a request: (A) The names of all the parties involved and the nature of the controversy; (B) The name of the court in which the actual case is pending or, in the case of a prospective proceeding, a full statement of the facts of the controversy in which the copyrighted work is involved; and (C) Satisfactory assurance that the requested reproduction will be used only in connection with the specified litigation.

**18 U.S.C. §1001. Statements or entries generally.**
(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title or imprisoned not more than 5 years, or both.