# EXHIBIT D



THE MAGAZINES    THE WEBSITES    IN THE NEWS    CONTACTS    SUBSCRIPTION    **ABOUT US**

# ABOUT US



Bauer Media Group is one of the world's most successful media corporations. Over 600 magazines, more than 400 digital products and over 100 radio and TV stations are enjoyed by millions of people across the globe. Bauer Media USA publishes the two bestselling magazines at retail in the country, Women's World and First for Women. The women's service-focused company connects with a nationwide audience of active, engaged newsstand and digital consumers. Woman's World, First for Women and Soaps in Depth represent the strongest segment of the American woman's market and deliver practical solutions and ideas for her home and family as well as personal and celebrity stories delivered in a modern way. Bauer Media USA reaches these women on multiple levels–inspiring them spiritually, professionally and personally in their everyday lives.

PRIVACY SHIELD PRIVACY POLICY
PRIVACY POLICY/ PRIVACY RIGHTS

## SITEMAP

**First for Women**
– Media Kit
– Rates & Dates
– Ad Specifications
– Contact

**Woman's World**
– Media Kit
– Rates & Dates
– Ad Specifications
– Contact

**Soaps In Depth**
– Media Kit
– Rates & Dates
– Ad Specifications
– Contact

**iD Magazine**
– Media Kit
– Rates & Dates
– Ad Specifications
– Contact

Copyright © 2014 Bauer Publishing. All Rights Reserved.

SANDS_635



DE | EN

COMPANY   DIVISIONS   MEDIA   JOBS & CAREER   PRESS   CONTACT

WORLDWIDE   MANAGEMENT   OUTREACH   HISTORY

# WORLDWIDE



### BAUER MEDIA GROUP: GLOBAL OPERATIONS

We publish magazines, make radio programmes and design digital formats in 17 countries on four continents. We're constantly opening up new markets and collaborating across all borders. Our international projects are closely coordinated, thus creating useful synergies while fostering creativity and new ideas.

With over 600 magazines worldwide, more than 400 digital media outlets, and over 100 radio and TV stations, we posted global turnover of € 2.24 billion in 2016. Acquisitions in recent years include publishing companies in Germany, the UK, Australia and New Zealand, as well as radio stations in Scandinavia.

To our **MEDIA**
To our **LOCATIONS**

This website uses Cookies to provide the best possible service for you. More info:

Privacy policy

OK

SANDS_636

WIKIPEDIA

# Bauer Media Group

**Bauer Media Group** is a European-based media company, headquartered in Hamburg, Germany, that manages a portfolio of more than 600 magazines, over 400 digital products and 50 radio and TV stations around the world. The portfolio includes print shops, postal, distribution and marketing services. Bauer Media Group has a workforce of approximately 11,000 employees in 17 countries.

## Contents

**H Bauer UK**
**H Bauer Publishing brands**
    TV listings titles
**Bauer Media brands**
    Music publications
    Other publications
        *Pregnancy & Birth*
        Rebel Wilson v Bauer Media Group
**Bauer Radio**
**The Box Plus Network**
**Bauer Media Group USA**
    U.S. magazines and special interest publications
**References**
**External links**



### Heinrich Bauer Verlag KG

| | |
|---|---|
| **Type** | Limited partnership under German law |
| **Industry** | Media |
| **Founded** | 1875 |
| **Headquarters** | Hamburg, Germany |
| **Key people** | Yvonne Bauer, (CEO and 85% owner) Jörg Hausendorf Harald Jessen Witold Wozniak |
| **Products** | Multi-platform media: print, digital, radio, TV; print houses, postal services, distribution and marketing services |
| **Revenue** | €2.316 billion (2015)[1] |
| **Number of employees** | 11,500 (2015)[1] |
| **Website** | www.bauermedia.com (http://www.bauermedia.com/) |

## H Bauer UK

Bauer Verlagsgruppe has been managed by five generations of the Bauer family. Originally a small printing house in Germany, Bauer Media Group entered the UK with the launch of *Bella* magazine in 1987. Under the name of H Bauer Publishing they became Britain's third largest publisher. Bauer further expanded in the UK with the purchase of Emap Consumer Media and Emap Radio in 2008.[2]

The group acquired Australian magazine publisher ACP Magazines from a London-based private equity firm, CVC Capital Partners, in 2012. That increased the company's turnover to more than €2 billion.[3]

In November 2010, Heinz Heinrich's daughter Yvonne Bauer became CEO and 85% owner of the Bauer Media Group after joining the family business in 2005.[2]

In the UK there are two divisions of the Bauer Media Group. The original UK business trades as H Bauer Publishing. Its sister company is known as Bauer Media (Bauer Consumer Media Ltd) with CEO Paul Keenan.[2]

# H Bauer Publishing brands

Titles include women's weekly and TV listings magazines, namely *Bella*, *Take a Break*, *that's life! TVChoice* and *Total TVGuide* along with a number of puzzle magazines.

In 1987 *Bella* was H Bauer's first venture into publishing in the UK. In 1990, H Bauer launched a weekly women's magazine named *Take a Break*. H Bauer also has a sister title, *that's life!* that launched in 1995. The H Bauer Publishing brand also includes puzzle magazines that carry the *Take a Break* name.[4]

## TV listings titles

1991 saw H Bauer's first TV listings publishing with the launch of *TV Quick* magazine. (Prior to the de-regulation of TV listings in March 1991, BBC listings had been restricted by law to Radio Times and ITV/Channel 4 listings to *TV Times*.) *TV Quick* ceased publication in July 2010. In 1999 H Bauer launched *TV Choice* at a much lower price point than other titles on the market. *TV Choice* overtook its main competitor in the February 2008 audited ABCs and has been the number one weekly newsstand magazine in the UK since. In September 2003, H Bauer launched *Total TV Guide* to cover the increasing number of programmes available on Freeview and satellite or cable services.

# Bauer Media brands

Bauer Media is a multi-platform media group, with locations across the UK. Following their purchase of Emap in 2007,[5] The Bauer Media Group acquired a collection of media brands. This includes *heat* and *Grazia* as well as a radio portfolio of national radio brands such as KISS FM UK and Magic, and regional radio brands across major UK cities. In 2013, Bauer Media also acquired the Absolute Radio Group from Times of India.[6]

Bauer Media also broadcasts TV music channels including The Box TV, in a joint venture with Channel 4. In the UK Bauer Media is the sister company of H Bauer Publishing, who publish titles including Take a Break.[7]

## Music publications

*Q* started out as a music magazine published monthly in the United Kingdom. Originally it was to be called Cue (named after the act of cueing a record to play). However the name was changed so that it wouldn't be mistaken for a snooker magazine. The *Q* music brand has expanded to Radio and Television, with Q Radio and Q TV being music entertainment that specialises in indie, rock and alternative. *Q* also holds annual music awards in the UK, known as Q Awards. In spring 2010, Bauer caused controversy with its attempt to unilaterally impose a new contract on all photographers and writers, which takes away their copyright and off-loads liability for libel or copyright infringement from the publisher onto the contributor. 200 photographers and writers from *Q* and Bauer's other music magazines, *Kerrang!* and *Mojo*, were reported as refusing to work under the new terms.[8]

*Kerrang!* is a brand that specialises in rock music. It originally began as a magazine and in 2004 Kerrang Radio was launched. A Kerrang TV channel also exists. As of 2005 all of Kerrang TV's programme content is music videos, the majority of which is open scheduled for text requests from their playlist.



Kerrang Logo

## Other publications

The Debrief is an online magazine aimed at ABC1 women in their 20s launched in 2014 in competition with Mail Online and *Stylist*.

SANDS_638

*Empire* is a monthly film magazine, originally launched in the UK in 1989, but now is also published in the US, Australia, Turkey, Russia and Portugal. It organises the annual Empire Awards, currently sponsored by Jameson.[9] The awards are voted for by the readers of Empire.

*Closer* was launched by Bauer Media in 2002. It specialises mainly in celebrity news and gossip, real-life stories and television/entertainment.[10]

The UK edition of *Grazia* was launched in 2005 as the first glossy woman's weekly magazine in the country.[11]

Launched in 1999, *heat* is a British celebrity weekly.[12] Its main focus is celebrity interviews, gossip, fashion advice and entertainment.

*Yours* is a fortnightly lifestyle magazine and website targeting women aged 50 and over, launched in 1974. It covers issues including health, relevant news, fashion and beauty.[13]

*Motor Cycle News* (*MCN*) launched as a newspaper in 1955. The brand now has an online presenceand is a digital business with sub-brands including MCN compare, a motorcycle insurance comparison service and *MCN* classified Bikes for Sale. *MCN* covers news on all major motorcycle sporting events as well as bike and equipment tests.[14]

*Parker's Car Guide* is a monthly magazine and, more recently, a website listing prices for new and used cars in the UK. It was founded in 1972 and is the longest-running print price guide in the UK. The website was launched in 1999 and it provides news, advice information as well as cars for sale and additional services such as insurance, to car buyers.[15]

*AM (Automotive Management)*, together with its online counterpart has been a source of news, insight and analysis for the UK automotive industry since 1990.[16]

### *Pregnancy & Birth*

*Pregnancy & Birth* was a British magazine aimed at pregnant women. It was part of the Bauer Media Group.[17] It gave out information about pregnancy, products for pregnant women, and it shares other women's stories of childbirth experiences.[18][19] Between January and June 2011, *Pregnancy & Birth* had a circulation of 26,775 copies.[20]

### Rebel Wilson v Bauer Media Group

In 2017, Bauer Media Group was successfully sued by the Australian actor Rebel Wilson for defamation in the Supreme Court of Victoria in Melbourne, Australia. This was the biggest payout for defamation of its kind in Australian legal history.

Bauer Media Group allegedly printed a series of lies and false articles against the actress in an attempt to defame her. This reportedly led to the actress being overlooked for a number of big Hollywood roles.

Rebel Wilson was awarded A$4,567,472. The award consisted of $650,000 in general damages and $3,917,472 in special damages.[21]

Wilson's lawyer Richard Leder, said "Today's verdict is a significant record — it's about four times the highest previous verdict in a defamation case in Australia".

While the guilty defamation decision stands the amount of payment was later appealed and reduced.[22]

Wilson announced in July 2018 she will taking the matter further to a higher court in Australia.

# Bauer Radio

## The Box Plus Network

Bauer Media Group has a 50% stake in the British television company The Box Plus Network, with the other half owned by Channel 4. The Box Plus Network acts as the content subsidiary that produces several popular music television channels, which include:

- 4Music
- The Box
- Box Hits
- Box Upfront
- Kerrang!
- Kiss
- Magic

## Bauer Media Group USA

Bauer Media Group entered the US market in 1981 with the launch of *Woman's World* magazine. Today, Bauer Media Group USA has a portfolio of 13 magazines, five special interest publications and 16 websites across several distinct consumer segments: celebrity/entertainment, women's, teen and science/technology.

In 1989, the company introduced its second publication, *First for Women*, a women's magazine. Alliance for Audited Media reports that *Woman's World* and *First for Women* are the #1 and #2 selling magazines at retail, respectively.[23]

The company's popular teen brands include *Twist*, launched in 1997; *J-14*, launched in 1999; *M*, launched in 2000; *Girls' World*; launched in 2013, and *Animal Tales*, launched in 2014. *J-14* ranks in the top five media brands for social media presence among all publishers according to Shareablee, a social media research company.[24]

*In Touch Weekly*, a celebrity/entertainment weekly magazine, was introduced in the U.S. in November 2002. It was the first launch of a new celebrity magazine in the U.S. in more than a decade and ranks in the top 10 magazines sold at retail in the country, according to the Alliance for Audited Media.[23]

The company debuted *Life & Style Weekly*, the first celebrity and fashion weekly, in 2004. Adding its third celebrity weekly in October 2013, Bauer Media USA introduced *Closer Weekly*, geared towards women 40+. All three entertainment titles were awarded with Media Industry Newsletter's "Hottest Launch of the Year" award in their respective launch years. *Closer Weekly* tied for the title with *Dr. Oz The Good Life* in the 2014 ceremony.[25]

Bauer Media US launched Bauer Xcel Media, a digital division, in August 2014.[26]

In 2018, Bauer sold all but its women's magazines and *iD* to American Media, Inc.[27]

The company is headquartered in Englewood Cliffs, NJ with satellite offices in New York City and Los Angeles.

### U.S. magazines and special interest publications

*Woman's World*, *First for Women*, *CBS/ABC Soaps in Depth*, *Celebrate! With Woman's World*, *iD – Ideas & Discoveries*

## References

1. "Geschäftsjahr 2015: Bauer Media Group steigert Umsatz" (https://www.bauermedia.com/presse/archiv/artikel/gescha eftsjahr-2015-bauer-media-group-steigert-umsatz/controller/2016/9/23/). bauermedia.com. 23 September 2016. Retrieved 9 November 2017.

**SANDS_640**

2. "How will Europe's secretive media giant cope?" (http://www.flashesandflames.com/2013/02/how-will-europes-secretive-media-giant-cope-with-the-glare-in-australia-and-the-us/). *Flashes & Flames*.
3. "Family tosses a lifeline as gloss wears off ACP" (http://www.smh.com.au/business/media-and-marketing/family-tosses-a-lifeline-as-gloss-wears-off-acp-20120907-25juo.html). *The Sydney Morning Herald*. Retrieved 7 April 2015.
4. "Take a Break" (http://www.bauermedia.co.uk/brands/take-a-break#brand-take-a-breaks-puzzle-magazines). *www.bauermedia.co.uk*.
5. "Bauer Media Group purchase emap" (https://www.independent.co.uk/news/business/analysis-and-features/a-closer-look-at-the-bauer-media-family-8207941.html). Independent.co. Retrieved 8 September 2014.
6. "Bauer Media acquired Absolute Radio Group" (https://www.theguardian.com/media/2013/jul/29/bauer-media-buys-absolute-radio). The Guardian. Retrieved 8 September 2014.
7. "Bauer Media Group offers music channels" (https://www.theguardian.com/media/2013/jan/20/bauer-media-closer-grazia-kiss). The Guardian. Retrieved 8 September 2014.
8. Stephen Armstrong. "Bauer's freelancers up in arms over new contracts" (https://www.theguardian.com/media/2010/apr/19/bauer-freelance-contracts-row). *the Guardian*. Retrieved 7 April 2015.
9. "Oximity" (https://www.oximity.com/tag/Empire-film-magazine-1). *oximity.com*. Retrieved 7 April 2015.
10. Stephen Brook. (12 July 2007). Ennis appointed First editor (https://www.theguardian.com/media/2007/jul/12/emap.pressandpublishing) *The Guardian*. Retrieved 7 April 2015.
11. Louise France. "What's in it for me? Grazia's world uncovered" (https://www.theguardian.com/lifeandstyle/2007/mar/11/features.woman4). *the Guardian*. Retrieved 7 April 2015.
12. "Archived copy" (https://web.archive.org/web/20141021141634/http://www.ppa.co.uk/news/industry/2011/09/heat-appoints-lucie-cave-as-editor/). Archived from the original (http://www.ppa.co.uk/news/industry/2011/09/heat-appoints-lucie-cave-as-editor/) on 2014-10-21. Retrieved 2014-10-16.
13. "Sharon Reid appointed editor of Yours magazine" (http://www.pressgazette.co.uk/content/sharon-reid-appointed-editor-yours-magazine). *pressgazette.co.uk*. Retrieved 7 April 2015.
14. "MCN appoints Andy Calton to editor" (http://www.featuresexec.com/bulletin/news_article.php?id=17241). *FeaturesExec*. Retrieved 7 April 2015.
15. InPublishing. "News: Bauer Media's http://www.parkers.co.uk's abc-e results: InPublishing" (http://www.inpublishing.co.uk/news/articles/bauer_medias_wwwparkerscouks_abc_e_results.aspx). *inpublishing.co.uk*. Retrieved 7 April 2015.
16. Jeremy Bennett. "AMThe automotive industry's most influential media publication" (http://bauermediapacks.com/Business/16/115/am/the-brand/). *Bauer Media*. Retrieved 19 January 2015.
17. Jenni Baker (5 October 2012). "Bauer Media takes stake in e-commerce start-up" (https://web.archive.org/web/20140909220922/http://mandmglobal.com/news/05-10-12/bauer-media-takes-stake-in-e-commerce-start-u.aspx). *M&M Global*. London. Archived from the original (http://mandmglobal.com/news/05-10-12/bauer-media-takes-stake-in-e-commerce-start-u.aspx) on 9 September 2014. Retrieved 30 July 2015.
18. John Reynolds (12 December 2012). "Bauer Media appoints first editor-in-chief across parenting titles" (http://www.campaignlive.co.uk/article/1163963/bauer-media-appoints-first-editor-in-chief-across-parenting-titles). *Campaign*. Retrieved 30 July 2015.
19. "Bauer appoints Ellie Hughes as editor at Top Santé" (http://www.newstatesman.com/magazines/2010/10/editor-bauer-hughes-magazine). *New Statesman*. 21 October 2010. Retrieved 30 July 2015.
20. Mayer Nissim (18 August 2011). "FHM, Heat, Zoo sales slump in Bauer Media magazine ABCs" (http://www.digitalspy.co.uk/media/news/a335830/fhm-heat-zoo-sales-slump-in-bauer-media-magazine-abcs.html#~pjX1XeUfHrJUkB). *Digital Spy*. Retrieved 30 July 2015.
21. Davidson, Helen (2017-09-13). "Rebel Wilson wins $4.56m damages from Bauer in record libel settlement" (https://www.theguardian.com/film/2017/sep/13/rebel-wilson-wins-more-than-45m-in-damages-from-bauer-media). *The Guardian*. ISSN 0261-3077 (https://www.worldcat.org/issn/0261-3077). Retrieved 2017-09-13.
22. "Rebel Wilson ordered to repay millions in defamation case" (https://www.bbc.co.uk/news/world-australia-44625076). *BBC News*. 27 June 2018.
23. "Top 25 U.S. Consumer Magazines for June 2014 - Alliance for Audited Media" (http://www.auditedmedia.com/news/blog/2014/august/top-25-us-consumer-magazines-for-june-2014.aspx). *auditedmedia.com*. Retrieved 7 April 2015.

**SANDS_641**

24. Shareablee. "Shareablee Social Scorecard Reveals Top 10 Media Publishers for November 2014" (http://blog.shareablee.com/post/104347068029/shareablee-social-scorecard-reveals-top-10-media). *shareablee.com*. Retrieved 7 April 2015.
25. "MinOnline :: Press Release: Most Intriguing Awards Celebration" (http://www.minonline.com/intriguing/2014pressrelease/). *minonline.com*. Retrieved 7 April 2015.
26. "Behind Bauer's New Digital Division" (http://www.foliomag.com/2014/behind-bauer-s-new-digital-division). *Folio:*. Retrieved 7 April 2015.
27. "Bauer Media sells most of US portfolio – 17 titles down to just four" (https://mediaweek.com.au/bauer-media-sells-us-portfolio-ami-2018/). *Mediaweek*. 2018-06-18. Retrieved 2018-07-29.

## External links

- Bauer Media (http://www.bauermedia.com/)
- Bauer Media UK (http://www.bauermedia.co.uk/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Bauer_Media_Group&oldid=852560396"

**This page was last edited on 29 July 2018, at 20:57 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

SANDS_642