UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>       Plaintiff,<br><br>- against –<br><br>BAUER MEDIA GROUP USA, LLC<br><br>       Defendant. | 1:17-cv-09215 (LAK)<br><br>**DECLARATION OF DONNA HALPERIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**DONNA HALPERIN**, under the penalty of perjury, declares:

1. I am over the age of 18 years old and competent to submit this declaration in support of Plaintiff Steve Sands' motion for partial summary judgment.

2. I have been a full-time employee of Liebowitz Law Firm, PLLC, Plaintiff's counsel in this action (the "Firm") since September 2015.

3. My title at the Firm is Director of Client Relations.

4. It is the Firm's routine practice to register photographs with the U.S. Copyright Office (the "USCO") on behalf of the Firm's clients.

5. Part of my job function at the Firm is to personally register clients' photographs with the USCO.

6. Steve Sands, the plaintiff, is a client of the Firm.

7. On or about March 27, 2017, as part of a group registration of photographs, I personally registered two photographs taken by Steve Sands of a fashion model named Emily Ratajkowski (the "Photographs"). A true and correct copy of the Photographs are attached hereto as Exhibit A.

8. I personally submitted the Photographs to the USCO as part of an application for copyright registration bearing service request # 1-4418982341 (the "401 Application"). A true and correct copy of the 401 Application is attached hereto as Exhibit B.

9. The USCO eventually approved the Application and mailed the Firm a registration certificate bearing registration number VA 2-036-401, with effective date March 27, 2017 (the "401 Registration"). A true and correct copy of the 401 Registration is attached hereto as Exhibit C.

10. The content title of the photograph which depicts Ms. Ratajkowski walking a dog, as listed on the face of the 401 Registration and 401 Application, is "632197004.jpg".

11. The content title of the photograph which depicts Ms. Ratajkowski in a doorway, as listed on the face of the 401 Registration and 401 Application, is "632192064.jpg".

12. My registration of the Photographs on behalf of Steve Sands was carried out in accordance with the Firm's routine practice of registering clients' photographs with the USCO.

Dated: Valley Stream, New York
Executed this 7th Day of September, 2018

                                                                                          _____
                                                                                          DONNA HALPERIN