UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                              Plaintiff,<br><br>     - against –<br><br>BAUER MEDIA GROUP, LLC<br><br><br>                              Defendants. | 1:17-cv-09215 (LAK)<br><br>ECF Case |

**PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 56.1**

Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Court for the Southern District of New York, Plaintiff Steve Sands ("Sands" or "Plaintiff") respectfully submits this statement of material facts as to which Plaintiff contends there is no genuine issue to be tried in support of his motion for partial summary judgment of liability against Defendant Bauer Media Group, LLC ("Bauer" or "Defendant") for copyright infringement.

**Plaintiff Steve Sands**

1. Sands is a professional photographer [Declaration of Steve Sands, dated September 7, 2018 ("Sands Declr."), ¶ 3]

2. Sands has been in the business of licensing his photographs for over 40 years. [Sands Declr., ¶ 3]

**Defendant Bauer Media Group, LLC**

3. Bauer is a largescale, for-profit media company. [Declaration of Richard Liebowitz, dated September 7, 2018 ("Liebowitz Declr."), ¶ 15, Ex. D]

4. Bauer's parent company has a workforce of approximately 11,000 employees in 17 different countries [Liebowitz Declr., ¶ 16, Ex. D]

5. Bauer manages a portfolio of more than 600 magazines, over 400 digital products and 100 radio and TV stations around the world. [Liebowitz Declr., ¶ 17, Ex. D]

6. Bauer disseminates news content. [Liebowitz Declr., ¶ 18, Ex. D]

7. Bauer is in the publishing industry. [Liebowitz Declr., ¶ 19, Ex. D]

8. Bauer owns and operates the website www.fhm.com (the "Website") [Answer, Dkt. # 10, ¶ 6]

**The Photographs of Emily Ratajkowski – January 20, 2017**

9. On or about January 20, 2017, Sands photographed a fashion model named Emily Ratajkowski in public view (the "Photographs"). [Sands Declr., ¶ 4]

10. At the time the Photographs were taken, Ms. Ratajkowski was filming an advertisement for fashion brand DKNY. [Sands Declr., ¶ 4]

11. No one asked Sands to photograph Ms. Ratajkowski. He was <u>not</u> hired or commissioned by any person or any entity (including DKNY) to photograph Ms. Ratajkowski, who was in public view at the time Sands photographed her. [Sands Declr., ¶ 5]

12. One of the photographs depicts Ms. Ratajkowski walking her dog in the street ("Dogwalk Photograph"). [Sands Declr., ¶ 6, Ex. A]

13. Another one of the photographs depicts Ms. Ratajkowski in a doorway ("Doorway Photograph"). [Sands Declr., ¶ 7, Ex. B]

14. Sands created the Photographs for the purpose of licensing to news outlets and media organizations. [Sands Declr., ¶ 10]

15. At the time Sands photographed Ms. Ratajkowski, there were other photographers on the scene who were also taking photographs of Ms. Ratajkowski. [Sands Declr., ¶ 11]

**Sands' Professional Licensing of the Photographs – January 20, 2017**

16. On or about January 20, 2017, Sands licensed the Photographs to third-party stock photography agency Getty Images. [Sands Declr., ¶ 12]

17. On or about January 20, 2017, Sands also licensed the Dogwalk Photograph to Matrix Pictures in the United Kingdom. [Sands Declr., ¶ 13]

18. Aside from Getty Images and Matrix Pictures, Sands did not license the Photographs to any other news outlet or media organization. [Sands Declr., ¶ 14]

19. Sands never licensed the Photographs to Emily Ratajkowski; nor has Sands ever personally communicated with Ms. Ratajkowski. [Sands Declr., ¶ 15]

20. Sands never granted Ms. Ratajkowski permission to display the Photographs on her personal Instagram page nor any other social media account. [Sands Declr., ¶ 16]

21. Sands never granted DKNY permission to distribute the Photographs as part of its commercial advertising campaign (nor did DKNY ever attempt to secure Sands' permission). [Sands Declr., ¶ 17]

**Defendant's Unauthorized Publication of the Photographs – March 13, 2017**

22. On or about March 13, 2017, Defendant published an article on its website, entitled *Emily Ratajkowski: New DKNY Ad is Just Her Walking a Dog in Lingerie* at the URL http://www.fhm com/posts/the-sexy-dkny-commercial-of-emily-ratajkowski-walking-a-dog-in-lingerie-has-finally-been-released-127635/photos/emily-ratajkowski-instagram-239926 (the "Bauer Article"). [Sands Declr., ¶ 8, Ex. D]

3

23. As part of the Bauer Article, Defendant prominently displayed the Photographs on the Website.  [Sands Declr., ¶ 19]

24. Defendant admits that the Photographs appeared in the Bauer Article on the Website.  [Answer, Dkt. #10, ¶ 11]

25. Commercial advertisements are visible on the face of the Bauer Article in which the Photographs are prominently displayed.  [Sands Declr., ¶ 20, Ex. D]

26. On the face of the Bauer Article, Sands was <u>not</u> credited as the author of the Photographs. [Sands Declr., ¶ 21, Ex. D]

27. Defendant did not seek Sands' permission to publish the Photographs. [Sands Declr., ¶ 22]

28. Sands never granted Defendant authorization to copy the Photographs or distribute copies of his registered work to the public. [Sands Declr., ¶ 23]

29. Prior to Defendant's publication of the Photographs, there was no communication between Sands and Defendant. [Sands Declr., ¶ 24]

30. Before this lawsuit was filed, there was no communication between Sands and Defendant. [Sands Declr., ¶ 25]

31. At no time prior to the institution of this lawsuit did Sands ever make any representations of any kind to Defendant.  [Sands Declr., ¶ 26]

**<u>Registration of the Photographs – March 27, 2017</u>**

32. Plaintiff's counsel in this action, Liebowitz Law Firm, PLLC (the "Firm"), follows a routine practice of registering photographs with the U.S. Copyright Office (the "USCO") on behalf of the Firm's clients.  [Liebowitz Declr.", ¶ 5; Declaration of Donna Halperin, dated September 7, 2018 ("Halperin Declr."), ¶ 4]

33. The Firm routinely registers photographs with the USCO on behalf of Sands. [Sands Declr., ¶ 27]

34. Sands authorized the Firm to register the Photographs with the USCO on Sands' behalf. [Sands Declr., ¶ 28]

35. On or about March 27, 2017, the Firm registered the Photographs with the USCO by filing an application and depositing the Photographs with the USCO as part of that application. [Halperin Declr., ¶¶ 7-8, Ex. B; Liebowitz Declr., ¶ 9, Ex. A]

36. Sands is in possession of a registration certificate for the Photographs, bearing number VA # 2-036-401, with effective date March 27, 2017 (the "401 Registration") [Sands Declr., ¶ 29, Ex. E; Halperin Declr., ¶ 9; Liebowitz Declr., ¶ 10]

37. The content title of the Dogwalk Photograph, as listed on the face of the 401 Registration, is "632197004.jpg". [Liebowitz Declr. ¶ 11, Ex. B; Halperin Declr., ¶ 10]

38. The content title of the Doorway Photograph, as listed on the face of the 401 Registration and 401 Application, is "632192064.jpg". [Liebowitz Declr. ¶ 12, Ex. B; Halperin Declr., ¶ 11]

39. According to the USCO's official certified records, the Photographs bearing content titles 632197004.jpg and 632192064.jpg are on deposit with the 401 Registration. [Liebowitz Declr., ¶ 13, Ex. C]

40. Sands obtained the 401 Registration on March 27, 2017, within five years after first publication of the Photographs, which took place on January 20, 2017. [Sands Declr., ¶ 30, Exs. E]

41.     The Firm's registration of the Photograph on Sands' behalf was carried out in accordance with the Firm's routine practice of registering photographs with the USCO on behalf of its clients.  [Halperin Declr., ¶ 12; Liebowitz Declr., ¶ 14]

**Defendant's Refusal to Take Down the Photographs**

42.     Subsequent to filing this lawsuit against Defendant, Defendant failed to remove the Photographs from the Bauer Article as first published on the www.fhm.com website and therefore remain on Bauer's website as of the date of September 4, 2018.  [Sands Declr., ¶ 31]

Dated: September 7, 2018
Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

**By:/richardliebowitz/**
Richard P. Liebowitz
Katerina Tsyvkin
James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Steve Sands*