# Liebowitz Law Firm, PLLC
*Attorneys for the Photographic Arts*

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 10, 2018

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Sands v. Bauer Media Group USA, LLC,* 1:17-cv-9215 (LAK)

Dear Judge Kaplan:

We represent Plaintiff Steve Sands in the above-captioned case and write in opposition to Defendant's request for a Rule 16 conference and suspension of the summary judgment motion briefing schedule. [Dkt. #23]

With respect to a conference, Your Honor's Individual Rules of Practice provides that pre-motion conferences are not required. If Defendant seeks to waste judicial and party resources by filing ancillary motions while plaintiff's summary judgment motion is pending [Dkt. # 25], it is Defendant's prerogative to do so. Plaintiff will oppose and likely cross-move for sanctions as Defendant's proposed motions are groundless and brought for an improper purpose: to delay adjudication on the merits.

Further, Plaintiff respectfully submits that the Court should deny Defendant's request to "suspend" the summary judgment briefing schedule. Defendant has consented to the briefing schedule on three separate occasions [Dkt. # 16; 18; 20] and stipulated to the current schedule as recently as August 7, 2018. [Dkt. #21] Defendant lacks viable defenses to infringement liability and therefore seeks to delay the proceeding. If Defendant is concerned about the costs of litigation, then it should abandon its frivolous defenses, stipulate to liability and stand trial to prove its so-called "innocence."

Respectfully Submitted,

**/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff Steve Sands*

