**Re: 1:17-cv-09215-LAK Sands v. Bauer Media Group USA, LLC**

Terence Keegan <tkeegan@mkslex.com>
To: Kate Tsyvkin <kt@liebowitzlawfirm.com>  David Korzenik <dkorzenik@mkslex.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>
On: Tuesday, February 20, 2018 at 10:54 AM

Kate and Richard,

I'm following up on David and Richard's call from last Tuesday. David had called to discuss prospects of resolution, but Richard let him know that Kate was on vacation last week.

David told Richard about how we need to update Judge Kaplan with our status today. Rather than request more time to discuss resolution, we intend to request the court so-order a schedule for limited written discovery and a summary judgment motion briefing on the issues of the absence of willfulness, plaintiff's actual damages, defendant's lack of profit, and innocent infringement.

The schedule we would propose would be:

Initial disclosures served by: Friday, March 9
Parties' document requests on the above issues served by: Friday, March 30
Parties' responses to discovery requests served by: Friday, April 27 (note: Bauer does not consent to electronic service of discovery requests or responses)
Defendant's motion for partial summary judgment served by: Friday, May 18
Plaintiff's opposing papers if any served by: Friday, June 15
Defendant's reply if any served by: Friday, July 13

Let us know if you agree with the above.

==Separately, we have not received the licensing information for the photos at issue, which Kate told us she would send at the conference with Judge Kaplan. Let us know when we can expect to receive that.==

Terence

Terence P. Keegan, Esq.
Miller Korzenik Sommers Rayman LLP
488 Madison Avenue Suite 1120
New York, NY 10022

phone: 212-752-9200
fax: 212-688-3996
e-mail: tkeegan@mkslex.com

**EXHIBIT A**                                                          **PAGE 1**

website: www.mkslex.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended for the named addressee(s) only and may contain privileged and/or confidential information. If you received this e-mail in error, please immediately and permanently delete it and notify me. Any erroneous receipt is unintentional, no applicable privilege is waived thereby, and any disclosure, copying or distribution of this e-mail is prohibited.

**EXHIBIT A**  **PAGE 2**

**Re: Sands v. Bauer Media: Request for Meet and Confer**

Terence Keegan <tkeegan@mkslex.com>
To: James H. Freeman <jf@liebowitzlawfirm.com>  David Korzenik <dkorzenik@mkslex.com>
On: Tuesday, February 27, 2018 at 2:39 PM

James,

Here are our proposed adjustments to the schedule:

- Kate had told us at the conference with Judge Kaplan that she would send us Sands' licensing history for the photos at issue. To date we have not received that information. So we would expect to receive that info with Sands' initial disclosures.

- I believe the proposed schedule has requests for admission due immediately following responses to document requests. Also, I believe the proposed date for our reply falls during Yom Kippur. So we would propose moving requests for admission to Tuesday May 15, and moving every date thereafter by two weeks.

If you agree, please send us a draft of what you will file with the court today.

Terence

Terence P. Keegan, Esq.
Miller Korzenik Sommers Rayman LLP
488 Madison Avenue Suite 1120
New York, NY 10022

phone: 212-752-9200
fax: 212-688-3996
e-mail: tkeegan@mkslex.com
website: www.mkslex.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended for the named addressee(s) only and may contain privileged and/or confidential information. If you received this e-mail in error, please immediately and permanently delete it and notify me. Any erroneous receipt is unintentional, no applicable privilege is waived thereby, and any disclosure, copying or distribution of this e-mail is prohibited.