# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

October 23, 2018

*Via ECF*

Hon. Lewis A. Kaplan, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

Re:   *Sands v. Bauer Media Group USA, LLC*, No. 1:17-cv-9215
      **Opposition To Plaintiff's Letter Motion**

Dear Judge Kaplan:

On behalf of Bauer Media Group USA, LLC ("Bauer") we oppose the letter motion of Plaintiff's counsel (Dkt. No. 34), and request Your Honor grant us until Tuesday, **October 30, 2018**, to file our motion for an order requiring Plaintiff to post security for costs (Dkt. No. 33). We ask that Your Honor otherwise keep intact the Court's September 13, 2018 order extending Bauer's time to respond to Plaintiff's summary judgment motion sine die.

We are finalizing today an appellate brief for the Ninth Circuit in an unrelated copyright case. Should Plaintiff's counsel require additional time beyond that permitted in the Local Civil Rules to oppose our security motion, we would not object.

As our motion will show, it is Bauer that is being harmed by this litigation, and by the vexatious manner in which Plaintiff has prosecuted it in the face of manifest fair use and/or innocent infringement defenses. Plaintiff's counsel makes a number of new misstatements in his latest letter, which our motion will address.

We request Your Honor deny Plaintiff's letter motion, and grant Bauer until Tuesday, **October 30, 2018** to file its motion for security for costs.

Respectfully submitted,

/s/ Terence P. Keegan
Terence P. Keegan
David S. Korzenik

cc:   Counsel of Record via ECF