# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

October 30, 2018

*Via ECF*

Hon. Lewis A. Kaplan, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

**Re:** ***Sands v. Bauer Media Group USA, LLC*, No. 1:17-cv-9215**
    **Status Report Re: Motion for Security for Costs**

Dear Judge Kaplan:

    We write on behalf of Bauer Media Group USA, LLC ("Bauer"). In our letter to the Court dated October 23, 2018 (ECF Doc. No. 35), we stated our intention to file by today a motion for an order requiring Plaintiff to post security for costs. While Your Honor has not ordered a deadline for us to file that motion (ECF Doc. No. 36), we wanted to apprise the Court of our need to revise our schedule due to several unanticipated and urgent matters. We will file our motion on or before Friday, November 2. We appreciate Your Honor's consideration.

                                      Respectfully submitted,

                                      /s/ Terence P. Keegan

                                      Terence P. Keegan
                                      David S. Korzenik

cc:   Counsel of Record via ECF