UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SANDS

           Plaintiff,

vs.

BAUER MEDIA GROUP USA, LLC

           Defendant.

Case No. 1:17-CV-09215 (LAK)

ECF CASE

## STIPULATION AND [PROPOSED] ORDER
## RE: EXTENSION OF TIME

WHEREAS, on November 2, 2018, Defendant Bauer Media Group USA, LLC ("Defendant") filed a motion for sanctions and/or security for costs (the "Motion");

WHEREAS, Plaintiff Steve Sands ("Plaintiff") requested and Defendant consented to a 14-day extension of time for Plaintiff to respond;

WHEREAS, no previous extensions have been made; and so

IT IS HEREBY AGREED that Plaintiff Steve Sands' opposition papers, if any, shall be filed on or before November 30, 2018. Defendant's reply brief, if any, shall be filed on or before December 7, 2018.

Dated: November 5, 2018

           LIEBOWITZ LAW FIRM, PLLC

           By: /s/ James H. Freeman
               James H. Freeman

           11 Sunrise Plaza, Suite 305
           Valley Stream, NY 11580

(516) 233-1660

*Attorneys for Plaintiff Steve Sands*

MILLER KORZENIK SOMMERS
RAYMAN LLP

By: _____
      Terence P. Keegan

1501 Broadway, Suite 2015
New York, New York 10036
Phone (212) 752-9200 Fax (212) 688-3996
dkorzenik@mkslex.com
tkeegan@mkslex.com

*Attorneys for Defendant Bauer Media
Group USA, LLC*

**SO ORDERED:**

_____
Lewis A. Kaplan, U.S.D.J.