UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-6-18
```

STEVE SANDS

         Plaintiff,

vs.

BAUER MEDIA GROUP USA, LLC

         Defendant.

Case No. 1:17-CV-09215 (LAK)

ECF CASE

## STIPULATION AND [PROPOSED] ORDER
## RE: EXTENSION OF TIME

WHEREAS, on November 2, 2018, Defendant Bauer Media Group USA, LLC ("Defendant") filed a motion for sanctions and/or security for costs (the "Motion");

WHEREAS, Plaintiff Steve Sands ("Plaintiff") requested and Defendant consented to a 14-day extension of time for Plaintiff to respond;

WHEREAS, no previous extensions have been made; and so

IT IS HEREBY AGREED that Plaintiff Steve Sands' opposition papers, if any, shall be filed on or before November 30, 2018. Defendant's reply brief, if any, shall be filed on or before December 7, 2018.

Dated: November 5, 2018

                                LIEBOWITZ LAW FIRM, PLLC

                                By: *James H. Freeman*
                                    James H. Freeman

                                11 Sunrise Plaza, Suite 305
                                Valley Stream, NY 11580

(516) 233-1660

*Attorneys for Plaintiff Steve Sands*

MILLER KORZENIK SOMMERS
RAYMAN LLP

By: _____
Terence P. Keegan

1501 Broadway, Suite 2015
New York, New York 10036
Phone (212) 752-9200 Fax (212) 688-3996
dkorzenik@mkslex.com
tkeegan@mkslex.com

*Attorneys for Defendant Bauer Media
Group USA, LLC*

**SO ORDERED:**

_____
Lewis A. Kaplan, U.S.D.J.

11/6/18