# EXHIBIT A

PEOPLE MAGAZINE
1271 Avenue of the Americas
New York, NY 10020

As of May 15, 2004

Steve Sands
[Address]

Re: <u>Gwyneth Paltrow Photographs</u>

Dear Steve:

This will confirm the agreement between you and PEOPLE Magazine, a division of Time Inc. ("PEOPLE"), under which PEOPLE shall obtain exclusive rights to publish the color photographs you have taken of actress Gwyneth Paltrow, her husband Chris Martin and their newly born daughter, Apple Blythe Alison Martin, in London on or about May 14, 2004 (the "Photographs"), in the May 31, 2004 issue of PEOPLE® magazine (the "Magazine"), which is on newsstands on or about May 21, 2004, pursuant to the terms set out below.

1. <u>Delivery of Photographs</u>: You shall deliver digital files of the Photographs to PEOPLE by no later no later than noon on Monday May 17, 2004 New York time by transmission methods to be mutually agreed, provided the resolution of the Photographs so transferred shall be no less than 300 dpi in an 8" x 10" format.

2. <u>Editorial Rights</u>: You hereby convey to PEOPLE the following rights:

a. In consideration of payment made as provided in ¶4 below, the exclusive right to use any Photograph within and on the cover of the May 31, 2004 issue of the Magazine.

b. If any Photograph is used on the cover of the May 31, 2004 issue of the Magazine, the right to reproduce the cover of that issue of the Magazine as it appears, for any purpose, in perpetuity without additional payment.

c. The right to use, without additional payment, any published Photograph to promote the issue of the Magazine in which it appears, and to reproduce at any time entire pages or spreads containing any published Photograph to promote the Magazine.

d. The right to use any of the Photographs on the Magazine's web site, People.com, at any time on or prior to May 31, 2004.

e. The right to store the Photographs indefinitely as part of People.com's archives of articles.

3. <u>Exclusivity of Editorial Rights</u>: PEOPLE's rights to

CONFIDENTIAL - Subject to Protective Order        SANDS0043

the Photographs shall be exclusive, as described in this ¶3. For each of the Photographs, you shall not authorize any other party to use or publish such Photograph, or any other Photograph from the same situation, in any media, including without limitation, print, broadcast, cable, electronic, or the Internet, prior to May 31, 2004, except as provided in ¶3(a) below. After May 31, 2004, you shall then be free to authorize other parties to publish such Photographs. As used herein, Photographs from the same "situation" are those photographs that are in a similar setting, location or similar pose as the Photographs described above.

    a. Anything to the contrary contained in ¶3 hereof notwithstanding, you shall not breach your covenant of exclusivity here under by:

        i. Providing one of the Photographs to the New York Post for publication on or after Tuesday May 18, 2004, <u>provided</u>, <u>however</u>, that you notify PEOPLE which Photograph you will deliver to the New York Post prior to delivering it, or

        ii. Providing the Photographs to any newspaper in London no earlier than Sunday May 16, 2004 for publication is such newspaper(s) no earlier than Monday May 17, 2004.

    b. You have and will continue to take all reasonable precautions to prevent any of the Photographs from becoming available to other third parties or being reproduced during the period of exclusivity described herein. PEOPLE's exclusivity hereunder shall in no event extend beyond May 31, 2004. You acknowledge and agree that in the event that the Photographs are published or released in any medium in the United States and/or Canada during the period of exclusivity as described in this ¶3 that such publication or release would impair or destroy the value of the Photographs to PEOPLE.

In the event PEOPLE so requests, you will make available one of the Photographs to a television or cable television program designated by PEOPLE for use in promoting the May 31, 2004 issue of the Magazine. Such television program shall be required to mention the Magazine's coverage of the birth of Gwyneth Paltrow's daughter and use the People logo as a condition to using such Photograph.

    4. <u>Rights of Photographer</u>. All rights to the Photographs other those conveyed pursuant to ¶¶1-3 above, shall belong to you.

    5. <u>Payment</u>. For the rights granted pursuant to ¶¶1-3 above, PEOPLE shall pay you the sum of $125,000, payable on May 31, 2004.

CONFIDENTIAL - Subject to Protective Order    SANDS0044

6. **Credits**: PEOPLE shall publish the following photo credit with each Photograph published in the Magazine: "Steve Sands."

7. **Warranties and Indemnification**. You represent and warrant that you are the photographer who took the Photographs, and that you own the copyright in the Photographs. You represent and warrant that the Photographs delivered to PEOPLE pursuant to 1 hereof are all photographs which you have taken of Gwyneth Paltrow, her Husband Chris Martin and/or their newly born daughter, Apple Blythe Alison Martin, since the child's birth on May 13, 2004. You further represent that you have the full power and authority to enter into and perform this agreement; and that the use of the Photographs as provided herein shall not breach any oral or written agreement to which you are a party, shall not infringe upon any statutory or common law copyright and shall not constitute a defamation or invasion of privacy of publicity, or infringement of any right of any kinds, of any third party.

8. **No Obligation To Publish**. Anything contained herein to the contrary notwithstanding, PEOPLE shall not be obligated to publish any of the Photographs. If PEOPLE does not publish any of the Photographs, its sole obligation hereunder will be to make the payments set forth in 4 above.

9. **Independent Contractor**. It is understood and intended that in performing your duties hereunder you are and shall be an independent contractor and that nothing herein shall be deemed to constitute you an employee of PEOPLE.

10. **Entire Agreement**. This agreement represents the entire understanding of you and PEOPLE with respect to the subject matter hereof and may not be modified in any way without the written consent of both you and PEOPLE.

Please confirm that the foregoing accurately and completely sets forth our entire understanding by signing and returning the enclosed copy of this letter.

Sincerely,

PEOPLE Magazine, a Division of Time Inc.

By: _____
Larry Hackett
Executive Editor

ACCEPTED AND AGREED

_/s/ Steve Sands_____
Steve Sands
098 52 3600

3

CONFIDENTIAL - Subject to Protective Order                SANDS0045