# EXHIBIT C

**gettyimages**

SALES AND ROYALTY STATEMENT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9078172-455147773 | 29-May-14 | Premium Access Time Limited | | AOL - Photo | GC Images | 485185663 | 79498643 | 485185663-NEW YORK, NY - APRIL 16: Lena Dunham sighting on ls | | | | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 9094211-455438336 | 30-May-14 | Premium Access Time Limited | | UPROXX Media, Inc. | GC Images | 484688581 | 79461323 | 484688581-NEW YORK, NY - APRIL 12: Louie C.K. films an epis | | | | FLORIDA | 100.00% | Getty | 30.12 | 50.00% | 15.06 |
| 9102805-39944243 | 30-May-14 | Licensed Image | | Al Jazeera America | GC Images | 484688589 | 79461343 | 484688589-NEW YORK, NY - APRIL 12: Louie C.K. films an epis | Broadcasting | Television (Cable & Standard) News Program | World May 30, 2014 to May 30, 2029 | CALIFORNIA | 100.00% | Getty | 20.00 | 50.00% | 10.00 |
| **GC Images Sub-Total** | | | | | | | | | | | | | | | **521.04** | | **260.52** |
| | | | | | | | | | | | | | | | | | |
| **GI ENTERTAINMENT** | | | | | | | | | | | | | | | | | |
| 9051000-445952996 | 01-May-14 | Premium Access Time Limited | | AOL - Photo | Getty Images | 487337475 | 79674423 | 487337475-NEW YORK, NY - APRIL 29: CEOs Daniel Ek (Spotify) | | | | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 9047759-445911191 | 01-May-14 | Premium Access Time Limited | | Yahoo Entertainment | Getty Images | 480018465 | 79119010 | 480018465-LIDO BEACH, NY - MARCH 21: Kristen Stewart playin | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9048827-445830643 | 01-May-14 | Premium Access Time Limited | | American Media, Inc. - PA Acco | Getty Images | 181774214 | 76542756 | 181774214-NEW YORK, NY - SEPTEMBER 24: Diane Keaton films L | | | | NEW YORK | 100.00% | Getty | 70.00 | 50.00% | 35.00 |
| 9057431-446131616 | 02-May-14 | Premium Access Time Limited | | Hearst - North America | Getty Images | 169838083 | 74925278 | 169838083-NEW YORK, NY - JUNE 02: Andrew Garfield and Emma | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9077926-447858341 | 08-May-14 | Premium Access Time Limited | | Forbes Web Properties PA | Getty Images | 487337491 | 79674474 | 487337491-NEW YORK, NY - APRIL 29: Spotify CEO Daniel Ek a | | | | NEW JERSEY | 100.00% | Getty | 23.00 | 50.00% | 11.50 |
| 9076636-447683231 | 08-May-14 | Premium Access Time Limited | | Viacom Media Networks D | Getty Images | 178667178 | 76097635 | 178667178-NEW YORK, NY - AUGUST 30: Beyonce Knowles films a | | | | NEW YORK | 100.00% | Getty | 13.00 | 50.00% | 6.50 |
| 9076639-448120577 | 09-May-14 | Premium Access Time Limited | | CONDE NAST DIGITAL PA | Getty Images | 176921528 | 75969965 | 176921528-NEW YORK, NY - AUGUST 19: Lena Dunham on set duri | | | | NEW YORK | 100.00% | Getty | 33.00 | 50.00% | 16.50 |
| 9073325-449525323 | 13-May-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | Getty Images | 175090454 | 75727989 | 175090454-NEW YORK, NY - JULY 30: AnnaSophia Robb filming T | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9073325-452225944 | 20-May-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | Getty Images | 175090454 | 75727989 | 175090454-NEW YORK, NY - JULY 30: AnnaSophia Robb filmin | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |

**CONFIDENTIAL - Subject to Protective Order**

**SANDS0073**

getty images

*SALES AND ROYALTY STATEMENT*

| ID | Date | Type | Client Region | Client | Brand | Invoice | Image # | Image Description | Usage | Usage Detail | Territory/Period | Country | % | Channel | Amount | Royalty % | Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10300796-39838638 | 22-May-14 | Licensed Image | ISIFA Czech Republic / Portal | FOTOSERVIS | GC Images | 486384699 | 79584551 | 486384699-NEW YORK, NY - APRIL 23: Richard Gere films Owen M | Publishing - Periodicals | Editorial - magazine interior | CZE Apr 29, 2014 to Apr 29, 2015 | Czech Republic | 100.00% | Partner Portal | 27.64 | 50.00% | 13.82 |
| 3967710-454622723 | 28-May-14 | Premium Access Time Limited | | MELTY | GC Images | 482946907 | 79337273 | 482946907-NEW YORK, NY - APRIL 04: Charlie Cox films CBS-TVs | | | | France | 100.00% | Getty | 13.80 | 50.00% | 6.90 |
| 2995800-454647123 | 28-May-14 | Premium Access Time Limited | | IPC MEDIA | GC Images | 482946907 | 79337273 | 482946907-NEW YORK, NY - APRIL 04: Charlie Cox films CBS-TVs | | | | United Kingdom (Great Britain) | 100.00% | Getty | 8.36 | 50.00% | 4.18 |
| ==3002323-39928132== | ==30-May-14== | ==Licensed Image== | | ==Bauer Media== | ==GC Images== | ==487659447== | ==79700574== | ==487659447-NEW YORK, NY - MAY 01: Lena Dunham filming Girls== | Publishing - Periodicals | Editorial - magazine interior | GBR May 01, 2014 to Jun 01, 2014 | United Kingdom (Great Britain) | 100.00% | Getty | 75.28 | 50.00% | 37.64 |
| **GC Images Sub-Total** | | | | | | | | | | | | | | | **330.38** | | **165.19** |
| **GI ENTERTAINMENT** | | | | | | | | | | | | | | | | | |
| 10282527-39664661 | 06-May-14 | Licensed Image | Guliver Image Croatia / Portal | Gloria Croatia/ April 2014 | Getty Images | 171444006 | 75242582 | 171444006-NEW YORK, NY - JUNE 24: Cameron Diaz, Nikolaj Co | Publishing - Periodicals | Editorial - magazine interior | HRV Apr 08, 2014 to May 08, 2014 | Croatia | 100.00% | Partner Portal | 12.23 | 50.00% | 6.12 |
| 10282295-39663269 | 06-May-14 | Licensed Image | Gallo Images Poland Sp. z o.o. | WYDAWNICTWO BAUERSP. Z O.O., | Getty Images | 180386752 | 76311302 | 180386752-NEW YORK, NY - SEPTEMBER 11: AnnaSophia Robb film | Publishing - Periodicals | Editorial - magazine interior | POL Mar 20, 2014 to Apr 16, 2014 | Poland | 100.00% | Partner Portal | 49.43 | 50.00% | 24.72 |
| 1375981-39681143 | 07-May-14 | Licensed Image | | ACP Magazines Limited / Portal | Getty Images | 178667179 | 76097649 | 178667179-NEW YORK, NY - AUGUST 30: Beyonce Knowles films a | Publishing - Periodicals | Editorial - magazine interior | AUS Australia + New Zealand Apr 01, 2014 to Apr 30, 2014 | Australia | 100.00% | Partner Portal | 44.71 | 50.00% | 22.36 |
| 2996620-39691010 | 08-May-14 | Licensed Image | | MGN Limited | Getty Images | 171420341 | 75236367 | 171420341-NEW YORK, NY - JUNE 22: Mark Webb directs Andrew | Publishing - Periodicals | Editorial - newspaper | GBR May 08, 2014 to May 09, 2014 | United Kingdom (Great Britain) | 100.00% | Getty | 30.11 | 50.00% | 15.06 |
| 1334138-39697548 | 09-May-14 | Licensed Image | | Cineplex Magazine | Getty Images | 184240385 | 76844307 | 184240385-NEW YORK, NY - OCTOBER 12: Actor Clive Owen and d | Publishing - Periodicals | Editorial - magazine interior | CAN May 09, 2014 to Jun 09, 2014 | Canada | 100.00% | Getty | 45.46 | 50.00% | 22.73 |
| 1334138-39697547 | 09-May-14 | Licensed Image | | Cineplex Magazine | Getty Images | 185619455 | 76999250 | 185619455-NEW YORK, NY - OCTOBER 22: Sarah Silverman seen f | Publishing - Periodicals | Editorial - magazine interior | CAN May 09, 2014 to Jun 09, 2014 | Canada | 100.00% | Getty | 90.91 | 50.00% | 45.46 |
| 1375659-449636755 | 13-May-14 | Premium Access Time Limited | | NINEMSN PTY LTD | Getty Images | 178218345 | 76067550 | 178218284-NEW YORK, NY - AUGUST 26: Milla Jovovich sighted | | | | Australia | 100.00% | Getty | 9.31 | 50.00% | 4.66 |
| 10286472-39751334 | 17-May-14 | Licensed Image | Getty Images Latin America Me | Editorial Televisa, S.A. de C. | Getty Images | 180161887 | 76257991 | 180161887-NEW YORK, NY - SEPTEMBER 09: Actress | Publishing - Periodicals | Editorial - magazine interior | MEX Feb 18, 2014 to Feb 18, 2014 | Mexico | 100.00% | Partner Portal | 0.19 | 50.00% | 0.09 |

# gettyimages

*SALES AND ROYALTY STATEMENT*

**Contract ID:** 5140269
**Photographer:** Steve Sands
Contract Name: 5140269;NONSTD ED;Aby Baker

**Royalty Recipient:** Steve Sands
Contact ID: 108184

**Royalty Period:** 01-May-2014
**Royalty Pay Date:** 25-Jul-2014
Payment Currency: USD

**Rights-managed**

| Invoice Number | Sales Date | Product Type | Notes | Agent | Customer Name | Credit Line | Asset Number | Alternate Asset Number | Asset Description | Rights Industry | Rights: Usage | Rights: Use Territory/Duration | Sales Territory | % of Product | Purchase Site | License Fee (in USD) | Royalty Rate | Gross Royalty (in USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US SALES** | | | | | | | | | | | | | | | | | | |
| **GI ENTERTAINMENT** | | | | | | | | | | | | | | | | | | |
| 9072941-39533899 | 29-Apr-14 | Licensed Image | | | Nicole Vettraino | Getty Images | 147902962 | 70486923 | 147902962-NEW YORK, NY - JULY 05: Elizabeth Olsen and Dakot | Arts & Entertainment | Display Point of Sale | USA May 01, 2014 to Aug 01, 2014 | CALIFORNIA | 100.00% | Getty | (988.00) | 50.00% | (494.00) |
| 9057431-446131660 | 02-May-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 169902155 | 74938317 | 169902155-NEW YORK, NY - JUNE 04: Andrew Garfield and Emma | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9057431-446131041 | 02-May-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 166827337 | 74233447 | 166827337-NEW YORK, NY - APRIL 17: Andrew Garfield and Emma | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9057431-446131654 | 02-May-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 169902159 | 74938429 | 169902159-NEW YORK, NY - JUNE 04: Andrew Garfield and Emma | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9057431-446130991 | 02-May-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 166827342 | 74233444 | 166827342-NEW YORK, NY - APRIL 17: Andrew Garfield and Emma | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9076636-447026688 | 06-May-14 | Premium Access Time Limited | | | Viacom Media Networks D | Getty Images | 147902960 | 70486942 | 147902960-NEW YORK, NY - JULY 05: Elizabeth Olsen films Ver | | | | NEW YORK | 100.00% | Getty | 13.00 | 50.00% | 6.50 |
| 9073325-447942933 | 08-May-14 | Premium Access Time Limited | | | Bauer Publishing Company L.P. | Getty Images | 169059230 | 74734368 | 169059230-NEW YORK, NY - MAY 18: Christian Bale, Jeremy Ren | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9077656-449432213 | 13-May-14 | Premium Access Time Limited | | | TMZ on TV | Getty Images | 133517044 | 67377590 | 133517044-NEW YORK, NY - NOVEMBER 14: Debra Messing filming | | | | CALIFORNIA | 100.00% | Getty | 12.50 | 50.00% | 6.25 |
| 9047759-449558699 | 13-May-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 137997228 | 68226926 | 137997228-NEW YORK, NY - JANUARY 30: Joaquin Phoenix, Mario | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9047759-450572340 | 16-May-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 149928378 | 70850075 | 149928378-NEW YORK, NY - AUGUST 07: Keira Knightley film | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9163850-458569397 | 10-Jun-14 | Premium Access Time Limited | | TMZ on TV | GC Images | 495562725 | 80203925 | ard 495562725-NEW YORK, NY - JUNE 04: James Franco, Amber Heard | | CALIFORNIA | 100.00% | | Getty | 12.50 | 50.00% | 6.25 |
| 9101619-459450289 | 12-Jun-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | GC Images | 450484200 | 80326550 | 450484200-NEW YORK, NY - JUNE 11: Engaged couple Donnie Wah | | NEW JERSEY | 100.00% | | Getty | 20.84 | 50.00% | 10.42 |
| 9103201-459524482 | 12-Jun-14 | Premium Access Time Limited | | ABC News Digital abcnews.com | GC Images | 450484200 | 80326550 | 450484200-NEW YORK, NY - JUNE 11: Engaged couple Donnie Wah | | NEW YORK | 100.00% | | Getty | 12.00 | 50.00% | 6.00 |
| 9057431-459354322 | 12-Jun-14 | Premium Access Time Limited | | Hearst - North America | GC Images | 484688569 | 79461346 | 484688569-NEW YORK, NY - APRIL 12: Louie C.K. films an epis | | NEW YORK | 100.00% | | Getty | 8.48 | 50.00% | 4.24 |
| 9103201-459902703 | 13-Jun-14 | Premium Access Time Limited | | ABC News Digital abcnews.com | GC Images | 450550978 | 80342789 | 450550978-NEW YORK, NY - JUNE 12: Tina Fey filming Director | | NEW YORK | 100.00% | | Getty | 12.00 | 50.00% | 6.00 |
| 9168047-459861051 | 13-Jun-14 | Premium Access Time Limited | | E Online | GC Images | 450550938 | 80342807 | 450550938-NEW YORK, NY - JUNE 12: Tina Fey filming Director | | CALIFORNIA | 100.00% | | Getty | 7.00 | 50.00% | 3.50 |
| 9163847-459803192 | 13-Jun-14 | Premium Access Time Limited | | American Media, Inc. - PA Acco | GC Images | 450550964 | 80342759 | 450550964-NEW YORK, NY - JUNE 12: Tina Fey filming Director | | NEW YORK | 100.00% | | Getty | 70.00 | 50.00% | 35.00 |
| 9163850-459795426 | 13-Jun-14 | Premium Access Time Limited | | TMZ on TV | GC Images | 450550964 | 80342759 | 450550964-NEW YORK, NY - JUNE 12: Tina Fey filming Director | | CALIFORNIA | 100.00% | | Getty | 12.50 | 50.00% | 6.25 |
| 9163850-459929526 | 13-Jun-14 | Premium Access Time Limited | | TMZ on TV | GC Images | 450550962 | 80342772 | 450550962-NEW YORK, NY - JUNE 12: Tina Fey filming Director | | CALIFORNIA | 100.00% | | Getty | 12.50 | 50.00% | 6.25 |
| 9149531-460541992 | 15-Jun-14 | Premium Access Time Limited | | Time Warner Cable Marketing | GC Images | 450550932 | 80342785 | 450550932-NEW YORK, NY - JUNE 12: Tina Fey filming Director | | VIRGINIA | 100.00% | | Getty | 30.00 | 50.00% | 15.00 |
| 9163847-460787905 | 16-Jun-14 | Premium Access Time Limited | | American Media, Inc. - PA Acco | GC Images | 450484238 | 80326539 | 450484238-NEW YORK, NY - JUNE 11: Engaged couple Donnie Wah | | NEW YORK | 100.00% | | Getty | 70.00 | 50.00% | 35.00 |
| 9103201-461426289 | 17-Jun-14 | Premium Access Time Limited | | ABC News Digital abcnews.com | GC Images | 450749814 | 80400459 | 450749814-NEW YORK, NY - JUNE 16: Winona Ryder filming The | | NEW YORK | 100.00% | | Getty | 12.00 | 50.00% | 6.00 |
| 14656201-40073959 | 17-Jun-14 | Licensed Image | Time Inc. COO / Por | People.com | GC Images | 475305679 | 78748617 | 475305679-NEW YORK, NY - FEBRUARY | Publishing - Periodicals | Editorial Electronic (web or app | USA USA & Canada Feb 01, 2014 t | NEW YORK | 100.00% | | Partner Portal | 40.00 | 50.00% | 20.00 |

**CONFIDENTIAL - Subject to Protective Order**                                                                                   **SANDS0088**

*SALES AND ROYALTY STATEMENT*

| Invoice | Date | Customer | | Client | Collection | Image | Asset | Caption | State | Split | Brand | Gross | Royalty % | Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9101619-4 64696241 | 27-Jun-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | GC Images | 450762578 | 80403707 | 450762578-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9101619-4 64744300 | 27-Jun-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | GC Images | 450762578 | 80403707 | 450762578-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9091760-4 61897788 | 18-Jun-14 | Premium Access Time Limited | | Buzzfeed, Inc. | GC Images | 450762612 | 80403801 | 450762612-NEW YORK, NY - JUNE 16: Amy Poehler films The Nes | NEW YORK | 100.00% | Getty | 21.00 | 50.00% | 10.50 |
| 9091760-4 61897785 | 18-Jun-14 | Premium Access Time Limited | | Buzzfeed, Inc. | GC Images | 450762626 | 80403741 | 450762626-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | NEW YORK | 100.00% | Getty | 21.00 | 50.00% | 10.50 |
| 9091760-4 61897786 | 18-Jun-14 | Premium Access Time Limited | | Buzzfeed, Inc. | GC Images | 450762616 | 80403776 | 450762616-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | NEW YORK | 100.00% | Getty | 21.00 | 50.00% | 10.50 |
| 9168344-4 62151373 | 19-Jun-14 | Premium Access Time Limited | | POPSUGAR INC. | GC Images | 450762616 | 80403776 | 450762616-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 9166051-4 62033966 | 19-Jun-14 | Premium Access Time Limited | | AOL - Photo | GC Images | 450762616 | 80403776 | 450762616-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 9179288-4 62122661 | 19-Jun-14 | Premium Access Time Limited | | AOL - Photo | GC Images | 481935165 | 79280577 | 481935165-NEW YORK, NY - APRIL 01: Justin Theroux films HBO | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 9076636-4 64684981 | 27-Jun-14 | Premium Access Time Limited | | Viacom Media Networks D | GC Images | 481935165 | 79280577 | 481935165-NEW YORK, NY - APRIL 01: Justin Theroux films HBO | NEW YORK | 100.00% | Getty | 13.00 | 50.00% | 6.50 |
| 9168344-4 62151375 | 19-Jun-14 | Premium Access Time Limited | | POPSUGAR INC. | GC Images | 450762684 | 80403771 | 450762684-NEW YORK, NY - JUNE 16: Tina Fey films The Nesto | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 9168344-4 62151370 | 19-Jun-14 | Premium Access Time Limited | | POPSUGAR INC. | GC Images | 450550988 | 80342797 | 450550988-NEW YORK, NY - JUNE 12: Tina Fey filming Director | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 9166051-4 62033972 | 19-Jun-14 | Premium Access Time Limited | | AOL - Photo | GC Images | 450762682 | 80403800 | 450762682-NEW YORK, NY - JUNE 16: Amy Poehler films The Nes | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 9166051-4 62033970 | 19-Jun-14 | Premium Access Time Limited | | AOL - Photo | GC Images | 450762600 | 80403793 | 450762600-NEW YORK, NY - JUNE 16: Tina Fey fi | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |

**CONFIDENTIAL - Subject to Protective Order**                              **SANDS0090**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9149538-4 58208323 | 09-Jun-14 | Premium Access Time Limited | | | New York Post | Getty Images | 176921529 | 75969964 | 176921529-NEW YORK, NY - AUGUST 19: Lena Dunham on set duri | | | | NEW YORK | 100.00% | Getty | 80.00 | 50.00% | 40.00 |
| 9057431-4 58757277 | 10-Jun-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 169838083 | 74925278 | 169838083-NEW YORK, NY - JUNE 02: Andrew Garfield and Emma | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9047759-4 59429068 | 12-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 186296976 | 77112047 | 186296976-NEW YORK, NY - OCTOBER 29: Louis C. K. films Louie | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9076636-4 60743069 | 16-Jun-14 | Premium Access Time Limited | | | Viacom Media Networks D | Getty Images | 178667178 | 76097635 | 178667178-NEW YORK, NY - AUGUST 30: Beyonce Knowles film sa | | | | NEW YORK | 100.00% | Getty | 13.00 | 50.00% | 6.50 |
| 14656201-40074010 | 17-Jun-14 | Licensed Image | Time Inc. COO / Portal | | People.com | Getty Images | 186296979 | 77112045 | 186296979-NEW YORK, NY - OCTOBER 29: Louis C. K. films Louie | Publishing - Periodicals | Editorial Electronic (web or app) | USA USA & Canada Feb 01, 2014 to Feb 28, 2014 | NEW YORK | 100.00% | Partner Portal | 40.00 | 50.00% | 20.00 |
| 9047759-4 61638117 | 18-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 178667169 | 76097626 | 178667169-NEW YORK, NY - AUGUST 30: Beyonce Knowles film sa | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9101619-4 ==62465257== | ==20-Jun-14== | ==Premium Access Time Limited== | | | ==Bauer Publishing Company L.P.== | ==Getty Images== | ==180386752== | ==76311302== | ==180386752-NEW YORK, NY - SEPTEMBER 11: AnnaSophia Robb fi==lm | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9149562-4 64630278 | 27-Jun-14 | Premium Access Time Limited | | | About.com PA | Getty Images | 492454433 | 79995130 | 492454433-NEW YORK, NY - MAY 20: Microsoft CEO Satya Nadel | | | | NEW YORK | 100.00% | Getty | 2.48 | 50.00% | 1.24 |
| 9047759-4 65552506 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 451529194 | 80455484 | 451529194-ENGLEWOOD, NJ - JUNE 19: Ron Bumblefoot Thal of G | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9047759-4 65552657 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 451529168 | 80455455 | 451529168-ENGLEWOOD, NJ - JUNE 19: Ron Bumblefoot Thal of G | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9047759-4 65552679 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 451529148 | 80455515 | 451529148-ENGLEWOOD, NJ - JUNE 19: Gary Hoey with the Guitar | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9047759-4 65552659 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 451529162 | 80455501 | 451529162-ENGLEWOOD, NJ - JUNE 19: Gary Hoey with the Guita | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |
| 9047759-4 65552533 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | Getty Images | 451529190 | 80455463 | 451529190-ENGLEWOOD, NJ - JUNE 19: Ron Bumbl | | | | CALIFORNIA | 100.00% | Getty | 3.33 | 50.00% | 1.67 |

**CONFIDENTIAL - Subject to Protective Order**

getty images

SALES AND ROYALTY STATEMENT

| ID | Date | Type | Source | Customer | Brand | Image # | Invoice # | Description | Category | Usage | Territory/Period | Country | % | Channel | Gross | Rate | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10320226-40136075 | 19-Jun-14 | Licensed Image | Photocome China /Portal | sohu | WireImage | 494176589 | 80101049 | 494176589-WEST POINT, NY - MAY 28 : President Barack Obama a | Computer / I.T. Services | Editorial Electronic (web or app) | CHN China-Greater May 01, 2014 to May 31, 2014 | China | 100.00% | Partner Portal | 6.16 | 50.00% | 3.08 |
| 10320227-40136076 | 19-Jun-14 | Licensed Image | Photocome China /Portal | sohu | WireImage | 494176567 | 80101063 | 494176567-WEST POINT, NY - MAY 28 : President Barack Obama a | Computer / I.T. Services | Editorial Electronic (web or app) | CHN China-Greater May 01, 2014 to May 31, 2014 | China | 100.00% | Partner Portal | 6.16 | 50.00% | 3.08 |
| 10320228-40136077 | 19-Jun-14 | Licensed Image | Photocome China /Portal | sohu | WireImage | 494176595 | 80101088 | 494176595-WEST POINT, NY - MAY 28 : President Barack Obama a | Computer / I.T. Services | Editorial Electronic (web or app) | CHN China-Greater May 01, 2014 to May 31, 2014 | China | 100.00% | Partner Portal | 6.16 | 50.00% | 3.08 |
| 1378904-40174771 | 23-Jun-14 | Licensed Image | | Pacific Magazines / Portal | WireImage | 460029375 | 77926542 | 460029375-NEW YORK, NY - JANUARY 01: Former President Bill | Publishing - Periodicals | Editorial - magazine interior | AUS Australia + New Zealand May 15, 2014 to Jun 14, 2014 | Australia | 100.00% | Partner Portal | 27.63 | 50.00% | 13.82 |
| 1378908-40175486 | 23-Jun-14 | Licensed Image | | Pacific Magazines / Portal | WireImage | 494926423 | 80147277 | 494926423-NEW YORK, NY - MAY 31: Lena Dunham attends day 3 | Publishing - Periodicals | Editorial - magazine interior | AUS Australia + New Zealand May 15, 2014 to Jun 14, 2014 | Australia | 100.00% | Partner Portal | 27.63 | 50.00% | 13.82 |
| ==3009401-40288091== | ==30-Jun-14== | ==Licensed Image== | | ==Bauer Media== | ==WireImage== | ==494926423== | ==80147277== | ==494926423-NEW YORK, NY - MAY 31: Lena Dunham attends day 3== | Publishing - Periodicals | Editorial - magazine interior | GBR Jun 01, 2014 to Jul 01, 2014 | United Kingdom (Great Britain) | 100.00% | Getty | 75.80 | 50.00% | 37.90 |
| 3008708-40251762 | 27-Jun-14 | Licensed Image | | FemaleFirst.co.uk | WireImage | 494926479 | 80147282 | 494926479-NEW YORK, NY - MAY 31: Lena Dunham attends day 3 | Publishing - Periodicals | Editorial Electronic (web or app) | GBR Jun 27, 2014 to Jul 27, 2014 | United Kingdom (Great Britain) | 100.00% | Getty | 10.53 | 50.00% | 5.26 |
| 1379494-40302987 | 30-Jun-14 | Licensed Image | | Fairfax Group | WireImage | 494926479 | 80147282 | 494926479-NEW YORK, NY - MAY 31: Lena Dunham attends day 3 | Publishing - Periodicals | Editorial Electronic (web or app) | AUS Jun 30, 2014 to Jul 30, 2014 | Australia | 100.00% | Getty | 23.25 | 50.00% | 11.63 |
| 1379509-40303542 | 30-Jun-14 | Licensed Image | | Fairfax Group | WireImage | 494926697 | 80147226 | 494926697-NEW YORK, NY - MAY 31: Amy Poehler attends day 3 o | Publishing - Periodicals | Editorial Electronic (web or app) | AUS Jun 30, 2014 to Jul 30, 2014 | Australia | 100.00% | Getty | 23.25 | 50.00% | 11.63 |
| 1379494-40302842 | 30-Jun-14 | Licensed Image | | Fairfax Group | WireImage | 494926417 | 80147267 | 494926417-NEW YORK, NY - MAY 31: Lena Dunham attends day 3 | Publishing - Periodicals | Editorial Electronic (web or app) | AUS Jun 30, 2014 to Jul 30, 2014 | Australia | 100.00% | Getty | 23.25 | 50.00% | 11.63 |
| 3009129-40278436 | 30-Jun-14 | Licensed Image | | ==Bauer Media Web== | WireImage | 494926417 | 80147267 | 494926417-NEW YORK, NY - MAY 31: Lena Dunham attends day 3 | Publishing - Periodicals | Editorial Electronic (web or app) | GBR Jun 01, 2014 to Jul 01, 2014 | United Kingdom (Great Britain) | 100.00% | Getty | 10.11 | 50.00% | 5.05 |
| 1379540-40308044 | 30-Jun-14 | Licensed Image | | News Ltd Subsidiaries Austral | WireImage | 460029371 | 77926539 | 460029371-NEW YORK, NY - JANUARY 01: Former President Bill | Publishing - Periodicals | Editorial - newspaper | AUS Jun 30, 2014 to Jul 30, 2014 | Australia | 100.00% | Getty | 74.41 | 50.00% | 37.21 |

**Wire Image Ed Sub-Total**                                                                                                                                                              357.65            178.83

**CONFIDENTIAL - Subject to Protective Order**                                                                                        **SANDS0103**

*SALES AND ROYALTY STATEMENT*

**Contract ID:** 5140269
**Photographer:** Steve Sands
Contract Name: 5140269;NONSTD ED;Aby Baker

**Royalty Recipient:** Steve Sands
Contact ID: 108184

**Royalty Period:** 01-Jun-2014
**Royalty Pay Date:** 25-Aug-2014
Payment Currency: USD

**Rights-managed**

| Invoice Number | Sales Date | Product Type | Notes | Agent | Customer Name | Credit Line | Asset Number | Alternate Asset Number | Asset Description | Rights Industry | Rights: Usage | Rights: Use Territory/ Duration | Sales Territory | % of Product | Purchase Site | License Fee (in USD) | Royalty Rate | Gross Royalty (in USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US SALES** | | | | | | | | | | | | | | | | | | |
| **GI ENTERTAINMENT** | | | | | | | | | | | | | | | | | | |
| 8356846-298636176 | 10-Jan-13 | Premium Access Time Limited | | | TRIBUNE COMPANY | Getty Images | 154658827 | 71982691 | 154658827-NEW YORK, NY - OCTOBER 23: Tina Fey filming 30 Ro | | | | ILLINOIS | 100.00% | Getty | 35.58 | 50.00% | 17.79 |
| 8356846-301099433 | 15-Jan-13 | Premium Access Time Limited | | | TRIBUNE COMPANY | Getty Images | 159249392 | 72825283 | 159249392-NEW YORK, NY - JANUARY 09: AnnaSophia Robb fil min | | | | ILLINOIS | 100.00% | Getty | 35.58 | 50.00% | 17.79 |
| 8356846-301099625 | 15-Jan-13 | Premium Access Time Limited | | | TRIBUNE COMPANY | Getty Images | 159135768 | 72803648 | 159135768-NEW YORK, NY - JANUARY 07: Zac Efron, Imogen Poot | | | | ILLINOIS | 100.00% | Getty | 35.58 | 50.00% | 17.79 |
| 9057431-456513442 | 03-Jun-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 147902962 | 70486923 | 147902962-NEW YORK, NY - JULY 05: Elizabeth Olsen and Dakot | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9057431-456505583 | 03-Jun-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 168758320 | 74656381 | 168758320-NEW YORK, NY - MAY 14: Lena Dunham films Girls on | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |
| 9086473-456408342 | 03-Jun-14 | Premium Access Time Limited | | | Wenner Media Online PA | Getty Images | 147902974 | 70486920 | 147902974-NEW YORK, NY - JULY 05: Elizabeth Olsen and Dakot | | | | NEW YORK | 100.00% | Getty | 17.00 | 50.00% | 8.50 |
| 9083936-456971213 | 04-Jun-14 | Premium Access Time Limited | | | POPSUGAR INC. - BROADCAST | Getty Images | 131710346 | 67200382 | 131710346-NEW YORK, NY - NOVEMBER 06: Christian Bale fil min | | | | CALIFORNIA | 100.00% | Getty | 30.00 | 50.00% | 15.00 |
| 9101619-456821590 | 04-Jun-14 | Premium Access Time Limited | | | Bauer Publishing Company L.P. | Getty Images | 150251302 | 70915296 | 150251302-NEW YORK, NY - AUGUST 12: Lea Michele Filming Gle | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9101619-459480230 | 12-Jun-14 | Premium Access Time Limited | | | Bauer Publishing Company L.P. | Getty Images | 150251302 | 70915296 | 150251302-NEW YORK, NY - AUGUST 12: Lea Michele Filming Gle | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9057431-457246979 | 05-Jun-14 | Premium Access Time Limited | | | Hearst - North America | Getty Images | 145318326 | 69940936 | 145318326-NEW YORK, NY - MAY 25: Lena Dunham, Zosia Mamet | | | | NEW YORK | 100.00% | Getty | 8.48 | 50.00% | 4.24 |

# gettyimages

*SALES AND ROYALTY STATEMENT*

| | | |
|---|---|---|
| **Contract ID:** 5136594 | **Royalty Recipient:** Steve Sands | **Royalty Period:** 01-Jul-2014 |
| **Photographer:** Steve Sands | | **Royalty Pay Date:** 25-Sep-2014 |
| Contract Name:5136594;NONSTD ED;Steve Sands | Contact ID:108184 | Payment Currency:USD |

**Rights-managed**

| Invoice Number | Sales Date | Product Type | Notes | Agent | Customer Name | Credit Line | Asset Number | Alternate Asset Number | Asset Description | Rights Industry | Rights: Usage | Rights: Use Territory/ Duration | Sales Territory | % of Product | Purchase Site | License Fee (in USD) | Royalty Rate | Gross Royalty (in USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US SALES** | | | | | | | | | | | | | | | | | | |
| **GC Images** | | | | | | | | | | | | | | | | | | |
| 9047759-465533535 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | GC Images | 451525232 | 80596885 | 451525232-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | | | | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9168344-465661476 | 01-Jul-14 | Premium Access Time Limited | | | POPSUGAR INC. | GC Images | 451525232 | 80596885 | 451525232-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | | | | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 9187342-465754117 | 01-Jul-14 | Premium Access Time Limited | | | Bauer Publishing Company L.P. | GC Images | 451525232 | 80596885 | 451525232-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9047759-465533545 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | GC Images | 451525262 | 80596877 | 451525262-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | | | | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9187342-465753957 | 01-Jul-14 | Premium Access Time Limited | | | Bauer Publishing Company L.P. | GC Images | 451525262 | 80596877 | 451525262-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | | | | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9047759-465533532 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | GC Images | 451525264 | 80596876 | 451525264-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | | | | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9190401-465616622 | 01-Jul-14 | Premium Access Time Limited | | | Microsoft Multimedia Publishin | GC Images | 451525264 | 80596876 | 451525264-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | | | | WASHINGTON | 100.00% | Getty | 21.33 | 50.00% | 10.67 |
| 9047759-465533530 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | GC Images | 451525266 | 80596882 | 451525266-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | | | | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9190401-465616628 | 01-Jul-14 | Premium Access Time Limited | | | Microsoft Multimedia Publishin | GC Images | 451525266 | 80596882 | 451525266-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | | | | WASHINGTON | 100.00% | Getty | 21.33 | 50.00% | 10.67 |
| 9047759-465533538 | 30-Jun-14 | Premium Access Time Limited | | | Yahoo Entertainment | GC Images | 451525268 | 80596902 | 451525268-NEW YORK, NY - JUNE 30: Amy Schumer films Judd | | | | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |

**CONFIDENTIAL - Subject to Protective Order**                                                                  **SANDS0111**

SALES AND ROYALTY STATEMENT

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9047759-465533534 | 30-Jun-14 | Premium Access Time Limited | | Yahoo Entertainment | GC Images | 451525234 | 80596884 | Ap 451525234-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9187342-465754255 | 01-Jul-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | GC Images | 451525234 | 80596884 | 451525234-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9047759-465533546 | 30-Jun-14 | Premium Access Time Limited | | Yahoo Entertainment | GC Images | 451525280 | 80596892 | 451525280-NEW YORK, NY - JUNE 30: Marisa Tomei, Daniel Radc | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9168344-465661479 | 01-Jul-14 | Premium Access Time Limited | | POPSUGAR INC. | GC Images | 451525280 | 80596892 | 451525280-NEW YORK, NY - JUNE 30: Marisa Tomei, Daniel Radc | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 9189457-465739228 | 01-Jul-14 | Premium Access Time Limited | | Mashable | GC Images | 451525280 | 80596892 | 451525280-NEW YORK, NY - JUNE 30: Marisa Tomei, Daniel Radc | NEW YORK | 100.00% | Getty | 17.50 | 50.00% | 8.75 |
| 9179288-465672967 | 01-Jul-14 | Premium Access Time Limited | | AOL - Photo | GC Images | 451525280 | 80596892 | 451525280-NEW YORK, NY - JUNE 30: Marisa Tomei, Daniel Radc | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 9047759-465533547 | 30-Jun-14 | Premium Access Time Limited | | Yahoo Entertainment | GC Images | 451525252 | 80596888 | 451525252-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9168344-465661478 | 01-Jul-14 | Premium Access Time Limited | | POPSUGAR INC. | GC Images | 451525252 | 80596888 | 451525252-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 9187342-465754057 | 01-Jul-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | GC Images | 451525252 | 80596888 | 451525252-NEW YORK, NY - JUNE 30: Daniel Radcliffe and Mari | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9047759-465533562 | 30-Jun-14 | Premium Access Time Limited | | Yahoo Entertainment | GC Images | 451525226 | 80596878 | 451525226-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |
| 9187342-465754087 | 01-Jul-14 | Premium Access Time Limited | | Bauer Publishing Company L.P. | GC Images | 451525226 | 80596878 | 451525226-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | NEW JERSEY | 100.00% | Getty | 20.84 | 50.00% | 10.42 |
| 9190383-466330697 | 03-Jul-14 | Premium Access Time Limited | | Time Warner Cable Marketing | GC Images | 451525226 | 80596878 | 451525226-NEW YORK, NY - JUNE 30: Marisa Tomei and Daniel R | VIRGINIA | 100.00% | Getty | 30.00 | 50.00% | 15.00 |
| 9047759-465533549 | 30-Jun-14 | Premium Access Time | | Yahoo Entertainment | GC Images | 451525260 | 80596893 | 451525260-NEW YORK, NY - JUNE 30: | CALIFORNIA | 100.00% | Getty | (3.33) | 50.00% | (1.67) |