# EXHIBIT D

| | |
|---|---|
| **Subject:** | Re: ellie kemper |
| **Date:** | Friday, August 28, 2015 12:39:20 PM Eastern Daylight Time |
| **From:** | Mary Pat Thibodeau |
| **To:** | stevesands |

We used this just over 1/4 pg - we'll go $400
Please send the W9 ASAP with invoice to help get you paid faster
thanks
MP


Mary Pat Thibodeau
Deputy Photo Director

Life & Style Weekly

Bauer Publishing
270 Sylvan Ave
Englewood Cliffs, NJ 07632
201-569-6699 x337
mthibodeau@bauerpublishing.com


On Aug 26, 2015, at 4:27 PM, stevesands wrote:

> Ok thanks
>
> Sent from my iPhone
>
> On Aug 26, 2015, at 2:23 PM, Mary Pat Thibodeau <mthibodeau@bauerpublishing.com> wrote:
>
>> probably will use an ellie with the ice cream - 1/4 page 350
>> i'll confirm tomorrow
>> DO NOT INVOICE YET
>>
>>
>> Mary Pat Thibodeau
>> Deputy Photo Director
>>
>> Life & Style Weekly
>>
>> Bauer Publishing
>> 270 Sylvan Ave
>> Englewood Cliffs, NJ 07632
>> 201-569-6699 x337
>> mthibodeau@bauerpublishing.com
>>
>> On Aug 22, 2015, at 3:36 PM, STEVE SANDS wrote:

**CONFIDENTIAL - Subject to Protective Order**

Page 1 of 2
SANDS0046

Exclusive more on FTP
<KEMPER_ELLIE-SS12.jpg><KEMPER_ELLIE-SS11.jpg><KEMPER_ELLIE-SS18.jpg><KEMPER_ELLIE-SS13.jpg>

BAUER MEDIA GROUP



BAUER MEDIA GROUP



**CONFIDENTIAL - Subject to Protective Order**                                       **Page 2 of 2**
                                                                                    **SANDS0047**

| | |
|---|---|
| **Subject:** | Re: 1521 Pricing |
| **Date:** | Wednesday, June 3, 2015 9:54:30 AM Eastern Daylight Time |
| **From:** | Monica Thompson |
| **To:** | stevesands |

Mary Pat said she had conversation with you to price it out before it ran to get an idea of what you wanted. She said $350. I thought $500 was being generous…
Would like to stick to that…

On Jun 1, 2015, at 5:32 PM, stevesands wrote:

> I do charge more for exclusives to Getty dominated publications. I certainly do have a subscription pricing package on my own for the high quality unique movie shots that I do not place with any agency, that you can take advantage of. Give me a shout to work out ideas.
>
> I would charge $1000 for this image. The news paid more.
> Steve

Monica Thompson Pharr
Deputy Photo Director

IN TOUCH WEEKLY
270 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
USA

T + 201-569-6699 x224
M+ 917-747-2267
F + 201-569-2510
mthompson@bauerpublishing.com
http://www.intouchweekly.com



BAUER MEDIA GROUP



**Subject:** Re: 1521 Pricing
**Date:** Monday, June 1, 2015 1:19:59 PM Eastern Daylight Time
**From:** Monica Thompson
**To:** stevesands

yes, in 1521.



On Jun 1, 2015, at 1:13 PM, stevesands wrote:

Was it already used?

Sent from my iPhone

On Jun 1, 2015, at 12:57 PM, Monica Thompson <mthompson@bauerpublishing.com> wrote:

> Hi Steve,
> I realized that I forgot to price something with you for 1521. I was out and thought someone else handled it...
> Dakota Johnson with suitcases, 1/4 pg Can we do $500?
> Let me know when you get a second.
> Thanks!
> Monica
>
> Monica Thompson Pharr
> Deputy Photo Director
>
> IN TOUCH WEEKLY
> 270 Sylvan Avenue
> Englewood Cliffs, New Jersey 07632
> USA
>
> T + 201-569-6699 x224
> M+ 917-747-2267
> F + 201-569-2510
> mthompson@bauerpublishing.com
> http://www.intouchweekly.com
> <ITfinalsmall.png>
>
>
> BAUER MEDIA GROUP
>
> 

Monica Thompson Pharr
Deputy Photo Director

IN TOUCH WEEKLY
270 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
USA

T + 201-569-6699 x224
M+ 917-747-2267
F + 201-569-2510
mthompson@bauerpublishing.com
http://www.intouchweekly.com



BAUER MEDIA GROUP



**CONFIDENTIAL - Subject to Protective Order**                              **Page 3 of 3**
                                                                            **SANDS0051**