# EXHIBIT E

Case 1:17-cv-09215-LAK Document 47-5 Filed 09/09/18 Page 2 of 5

IDS — IDS

Not Secure | www.idspicturedesk.com/preview.ngids?key=C3DFEE15D3C51048FD491F21578740AA.tc-e01&previd=136523957&prevbarcode=abk7b389&bl=%2Fsearch.ngids%3F%26agen...

Lightboxes   Downloaded   Preferences   Agencies   Top Searches

**IDS**    LATEST SETS   LATEST IMAGES   VISUAL SEARCH   SPORTS   STUDIO   FEATURES   NEWS   TRAVEL   MOVIESTILLS   CARTOONS   INTERVIEW

emily ratajkowsk 🔍   ☐ Oldest  ☐ Subject  ☐ Sets   from [date]  to [date]   ☐ Portrait ☐ Landscape   « Back   « Previous   Next »

Contact Agency   Low-res   + Lightbox   👁



# Emily Ratajkowski

**Archive Date :** 21 Jan 2017
**Image Date :** 20 Jan 2017

Notes: (click on text below to update)

Click to edit

Shared: ⦿ Only me:◯

**Caption :** NON EXCLUSIVE PICTURE: MATRIXPICTURES.CO.UK PLEASE CREDIT ALL USES UK RIGHTS ONLY American glamour model and actress _Emily_ _Ratajkowski_ is spotted filming a DKNY advert with a pet dog in New York. JANUARY 20th 2017 REF: SND 17136

**Headline :** _Emily_ _Ratajkowski_ Films DKNY Advert In New York 17136

**Keywords :** Matrix celebrity celeb event fashion red carpet lingerie underwear bra sexy

**Special Instructions :**

**Credit :** Matrixpictures.co.uk

**Photographer :** Matrixpictures.co.uk

**Source :** Matrixpictures.co.uk

**IDS Reference :** abk7b389
**Supplier Ref:** MTX_RATAJKOWSKI_EMILY_17136_03.JPG

Print   PDF Download

**Contact Details :**
Matrix Media Ltd
Plantation Wharf Studios
84 Trade Tower
London
SW11 3UF
+44 20 3239 0902
picturedesk@matrixpictures.co.uk
matrixmediagroup.co.uk










**IDS** **Contact** **Sheet**

Case 1:17-cv-09215-LAK Document 27-3 Filed 09/07/18 Page 6 of 3

---

**FOR: STEVE SANDS**

**18:20**
**15/08/2018**

**CLICK IDS REF FOR IMAGE:**

---



SANDS_634

**IDS REF: abk7b389**
**SUPPLIER REF: MTX_RATAJKOWSKI_EMILY_17136_03.JPG**
Emily Ratajkowski

Credit : Matrixpictures.co.uk

Caption : NON EXCLUSIVE PICTURE: MATRIXPICTURES.CO.UK
PLEASE CREDIT ALL USES  UK RIGHTS ONLY  American glamour
model and actress Emily Ratajkowski is spotted filming a DKNY
advert with a pet dog in New York.  JANUARY 20th 2017  REF: SND
17136

SANDS_634