# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

December 6, 2018

*Via ECF*

Hon. Lewis A. Kaplan, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

Re:   *Sands v. Bauer Media Group USA, LLC*, No. 1:17-cv-9215
      **Request for Extension of Time to File Reply Re: Motion for Sanctions
      and/or Security for Costs, and Request for Oral Argument on Motion**

Dear Judge Kaplan:

On behalf of Bauer Media Group USA, LLC ("Bauer"), we write to request a one-week extension of time to file our reply in support of Bauer's motion for sanctions and/or security for costs against Plaintiff Steve Sands ("Sands"), from December 7, 2018 to **December 14, 2018**. We also request oral argument on the sanctions/security motion.

We had consented to Sands' request to move his deadline to oppose this motion to November 30. Your Honor granted that request, and accordingly so-ordered Bauer's reply to be due on December 7 (Dkt. #42).

Sands filed a declaration and memorandum of law in opposition on November 30 (Dkt. ##43-44). Today – literally on the eve of Bauer's deadline to reply, three months after Sands filed a motion for summary judgment, and four months after the August 7 close of fact discovery (Dkt. #21) – Sands' counsel emailed us with 226 pages of documents that they had never produced to us previously.

We have only begun to review them. But the documents appear to include licensing history for the two photographs at issue in this case: the very licensing history that Sands' counsel promised to produce at the parties' initial conference, but that Sands never disclosed, and even declared he did not have in opposition to this motion (Dkt. #44, at ¶¶11, 17). The misrepresentations and disclosure failures of Sands and his counsel concerning this licensing history are at the core of Bauer's sanctions/security motion.

We requested consent of Sands' counsel for this extension. Sands' counsel faulted us for not explaining to them "why today's production impacts the relief Defendant seeks," and stated that Sands would not object to an extension – provided we agreed to Sands filing a 5-page sur-reply to answer "new arguments."

1

We cannot agree to a sur-reply. Nor can we agree that this production gives rise to "new arguments." The new and untimely documents appear to bear directly upon Bauer's motion for sanctions.

For these reasons we request Your Honor extend the deadline for Bauer to submit its reply from December 7, 2018 to December 14, 2018.

In addition, we request oral argument on Bauer's sanctions/security motion, on a date as soon as counsel may be heard after the extended reply deadline, so that we may more fully discuss Sands' failures and abuses and how they have vexatiously magnified the costs of Bauer's defense.

We appreciate Your Honor's consideration.

Respectfully submitted,

/s/ Terence P. Keegan

Terence P. Keegan
David S. Korzenik

cc:   Counsel of Record via ECF