# EXHIBIT A

**Subject:** Sands v. Bauer Media: Plaintiff's Supplemental Production of Documents
**Date:** Thursday, December 6, 2018 at 3:40:36 PM Eastern Standard Time
**From:** James H. Freeman
**To:** Terence Keegan, David Korzenik
**CC:** Richard Liebowitz
**Attachments:** Sands v. Bauer Production [SANDS_643-868] .pdf

Dear Counsel:

Attached please documents bate-stamped SANDS_643-868.

These documents are produced pursuant to Plaintiff's continuing obligation to produce documents responsive to Defendant's requests throughout the pendency of litigation. *See, e.g., Cordius Tr. v. Kummerfeld*, No. 99 CIV. 3200 (DLC), 2008 WL 113664, at *5 (S.D.N.Y. Jan. 11, 2008) (noting that parties are "under a continuing obligation to produce the documents sought throughout the pendency of this litigation."); *Elhannon LLC v. F.A. Bartlett Tree Expert Co.*, No. 2:14-CV-262, 2016 WL 9526305, at *3 (D. Vt. May 23, 2016) ("The Court notes, however, that Bartlett remains under a continuing obligation to disclose. If Bartlett locates any additional responsive documents in the future, it must produce them immediately.")

Best,

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660