# Liebowitz ◉ Law Firm, PLLC

ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 17, 2018

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:    *Sands v. Bauer Media Group LLC,* 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

We represent Plaintiff Steve Sands ("Sands") in the above-referenced action and write to respectfully request leave of Court to file a 5-page sur-reply and supporting declarations in further opposition to Defendant Bauer Media Group, LLC ("Defendant")'s motion for a bond and discovery sanctions.

It is improper practice for a party to raise new issues or arguments in its reply brief. *See Ernst Haas Studio, Inc. v. Palm Press, Inc.,* 164 F.3d 110, 112 (2d Cir.1999) ("[N]ew arguments may not be made in a reply brief."); *Meadowbrook–Richman, Inc. v. Assoc. Fin. Corp.,* 253 F.Supp.2d 666, 680 (S.D.N.Y.2003). "Therefore, sur-reply papers may be permitted where new evidence is presented on a party's reply brief in further support of its motion." *Hicks v. T.L. Cannon Corp.,* No. 12-CV-6517T, 2013 WL 2423782, at *3 (W.D.N.Y. June 4, 2013) (citing *Coyle v. Crown Enters., Inc.,* 2009 U.S. Dist. LEXIS 22452, at *26, 2009 WL 763401 (W.D.N.Y. March 19, 2009).

Here, in further support of its motion, Defendant has raised new arguments in its reply brief [Dkt. #49] and has presented new evidence attached to an affidavit [Dkt. #48].  This evidence pertains to Plaintiff's further production of responsive documents on December 6, 2018.  Defendant argues that delayed production is "bad faith."  But there is substantial justification for why Sands produced documents at this stage of litigation and a sur-reply would afford him an opportunity to explain.  In any event, Defendant suffers no prejudice given that it has yet to file any substantive motion or opposition brief in this matter and has already declared that it had no intent of taking Sands' deposition.

Respectfully Submitted,

**s/richardliebowitz/**


Liebowitz ◉ Law Firm, PLLC

Liebowitz Law Firm, PLLC

Richard Liebowitz

*Counsel for Plaintiff Steve Sands*