# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

June 10, 2019

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re: *Sands v. Bauer Media Group LLC,* 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

We represent Plaintiff Steve Sands ("Plaintiff") in the above-referenced action and write to respectfully renew its request, dated October 23, 2018 [Dkt. #34] to lift the stay on the briefing schedule for summary judgment and order Defendant Bauer Media Group, LLC ("Defendant") to file its opposition materials within 14 days of the proposed order.

By way of background, on September 7, 2018, Plaintiff filed his motion for partial summary judgment on the issue of infringement liability [Dkt. # 25] in accordance with the Court's Scheduling Order [Dkt. # 21]. Defendant, seeking to avoid filing its opposition brief and to delay resolution of the action, asked the Court for a stay of the briefing schedule so that it could file a motion for a bond. The Court granted Defendant's request on September 13, 2018 [Dkt. #33]. Defendant then filed its motion for a bond for security on November 2, 2018 [Dkt. #38]

Plaintiff respectfully submits that Defendant's filing of an ancillary request for a bond does not justify a ten month delay in the resolution on the merits. Accordingly, Plaintiff asks the Court to lift the stay on the briefing schedule for summary judgment and order Defendant to file its opposition materials within 14 days of the proposed order.

Respectfully Submitted,

**s/richardliebowitz/**

Richard Liebowitz

*Counsel for Plaintiff Steve Sands*

