# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

June 18, 2019

*Via ECF*
Hon. Lewis A. Kaplan, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

Re:    *Sands v. Bauer Media Group USA, LLC*, No. 1:17-cv-9215 (LAK)
       <u>Response in Opposition to [53] Second Letter Motion Request To Lift Briefing Stay</u>

Dear Judge Kaplan:

On behalf of Bauer Media Group USA, LLC ("Bauer"), we oppose the renewed request of Steve Sands' counsel (Dkt. #53) to lift the Court's stay of summary judgment briefing.

Bauer did not make an "ancillary" request for a bond as Sands' counsel contends. Rather, its pending motion (Dkt. #38) seeks dismissal of the action in its entirety as a sanction against Sands for ignoring discovery obligations – or in the alternative, an order requiring Sands to post security to proceed.

Sands withheld from Bauer the key licensing information that Bauer had requested (and that Sands' counsel had promised) at the outset of the case. He then attempted to introduce some of that information on summary judgment, a month after discovery had closed. *See* Bauer Moving Memorandum (Dkt. #40) ("Mem.") at 4; Decl. of Steve Sands dated Sept. 7, 2018 (Dkt. #27) at ¶¶12-13.

Yet Sands' counsel now complains of a "ten month delay" in the resolution of this case. It is Sands and his counsel who for ten months kept from Bauer and the Court any evidence of whom Sands licensed the Photos to, for what purpose, and for how much (or more accurately, how little). *See* Bauer Reply Memorandum (Dkt. #49) at 2; 3-4. The Court should not entertain any further attempts by Sands or his counsel to paper over the "callous disregard" they showed toward the parties' discovery stipulations and the Court's case management orders. *See Ebewo v. Martinez*, 309 F. Supp. 2d 600, 607 n.2 (S.D.N.Y. 2004); Mem. at 8.

                                      Respectfully submitted,

                                      /s/ Terence P. Keegan
                                      Terence P. Keegan
                                      David S. Korzenik

Cc: Counsel of Record via ECF