UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                          Plaintiff,<br><br>- against -<br><br>BAUER MEDIA GROUP, INC.<br><br>                         Defendant. | Case No. 17-cv-09215 (LAK)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof and exhibits attached thereto; and the pleadings and prior proceedings herein; Plaintiff will move the Court, before the Honorable Lewis A. Kaplan (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, at a time set by the Court for an Order VACATING the Court's Order, dated September 18, 2019 pursuant to Local Rule 6.3 to the extent it awards attorneys' fees to Defendant Bauer Media Group, Inc.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by October 16, 2019; and Plaintiff's reply, if any, must be served by October 23, 2019.

    Dated: Valley Stream, New York
    October 2, 2019

                                                  Respectfully submitted,

                                                  LIEBOWITZ LAW FIRM, PLLC

                                                  **By: /Richard Liebowitz/**
                                                  Richard Liebowitz
                                                  11 Sunrise Plaza, Suite 305
                                                  Valley Stream, New York 111580
                                                  (516) 233-1660
                                                  rl@liebowitzlawfirm.com

                                                  *Attorney for Plaintiff*

**TO:**

David Korzenik
Miller Korzenik LLP
Via CM/ECF

*Counsel for Defendant*