# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

October 2, 2019

**Via ECF**
Hon. Lewis A. Kaplan, U.S.D.J.
United States Courthouse, S.D.N.Y.
500 Pearl Street, New York, NY 10007

    Re:    *Sands v. Bauer Media Group USA, LLC*, No. 17-cv-9125

Dear Judge Kaplan:

    We represent Bauer Media Group USA, LLC ("Bauer"). We write with the consent of Plaintiff's counsel to request Your Honor permit us to file the following submissions on or before **October 16, 2019**:

1. Declarations in support of the Court's determination of the reasonable attorneys' fees that Plaintiff's counsel shall pay Bauer pursuant to the Court's September 18, 2019 sanction order (DI 56);

2. Response to Plaintiff's opposition to the Court's September 18, 2019 show-cause order regarding conditioning Plaintiff's ability to proceed with this action on the posting of a bond (DI 56, 58);

3. Opposition to Plaintiff's motion for reconsideration of the Court's sanction order (DI 56, 59).

The Court did not specify a date for us to file our fees declarations in the September 18 order. But we anticipate we will be referring to those declarations in response to Plaintiff's show-cause opposition and reconsideration motion, both of which Plaintiff filed today.

    We appreciate Your Honor's consideration.

                                                  Respectfully submitted,
                                                  /s/Terence P. Keegan
                                                  Terence P. Keegan