UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

STEVE SANDS,

                Plaintiff,

  - against -

BAUER MEDIA GROUP, INC.

                Defendant.

Case No. 17-cv-09215 (LAK)

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 10-10-19

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof and exhibits attached thereto; and the pleadings and prior proceedings herein; Plaintiff will move the Court, before the Honorable Lewis A. Kaplan (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, at a time set by the Court for an Order VACATING the Court's Order, dated September 18, 2019 pursuant to Local Rule 6.3 to the extent it awards attorneys' fees to Defendant Bauer Media Group, Inc.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by October 16, 2019; and Plaintiff's reply, if any, must be served by October 23, 2019.

Dated: Valley Stream, New York
October 2, 2019

*Counsel cites the standard for a motion for reconsideration in his memo. He then ignores it to simply argue points he argued on the motion. Reconsideration denied.*

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ
10/10/19

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

**By: /Richard Liebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorney for Plaintiff*