UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEVE SANDS,                                     Docket No.: 1:17-cv-09215 (LAK)

       Plaintiff,                              **NOTICE OF APPEARANCE**

- against -

BAUER MEDIA GROUP USA, LLC,

       Defendant.
-------------------------------------------------------X

    PLEASE TAKE NOTICE, that the below named attorney appears for Bauer Media Group USA, LLC ("Defendant"), and hereby requests that a copy of all pleadings, notices and other papers in this proceeding be served upon counsel. In so appearing, Defendant reserves, and does not waive, any and all defenses and objections.

Dated: New York, New York      MILLER KORZENIK SOMMERS RAYMAN LLP
       October 16, 2019

                                           By: /s/ Zachary M. Press

                                           Zachary M. Press
                                           1501 Broadway, Suite 2015
                                           New York, New York 10036
                                           Phone: (212) 752-9200
                                           zpress@mkslex.com
                                           *Attorneys for Defendant Bauer Media Group USA, LLC*