# Exhibit A

# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY • NEW YORK, NEW YORK 10036
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSR.LAW

October 12, 2018

Federal Tax I.D. No. 13-3336453

**Invoice #11184**

Bauer Media
270 Sylvan Avenue
Englewood Cliffs, NJ 7632

Attention: Gregory Welch, Esq.

      Re: Sands v. Bauer

FOR PROFESSIONAL SERVICES RENDERED: September 3, 2018 through September 30, 2018

Hours

| | | |
|---|---|---|
| 09/04/2018 TK | Discuss defense strategy with DSK (0.1). Discuss research for letter motion with ZP (0.1). Review ZP research re ████████ (0.2). Review previous bond orders and decisions against Liebowitz plaintiffs (1.0). Review letter draft (1.1). | ~~2.70~~ 2.50 |
| 09/05/2018 TK | Review ████████ (0.1). Reply to ████████ (0.1). Discussion with ZP re LR 54.2 caselaw research (0.4). Discussion with DSK re ████████ (0.1). | ~~0.90~~ 0.70 |

Bauer Media
Page 2 of 4

| | | | |
|---|---|---|---|
| 09/06/2018 DSK | Review new case and new decision relevant to R16 letter and "revenue stream" concern. Send to TK. Disc TK. | | 0.40 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ |
| 09/10/2018 TK | Continue review of Sands' summary judgment motion papers: Sands declaration, statement of undisputed facts, memo of law. Compare with disclosures during discovery (1.5). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ~~1.80~~ 1.50 |
| 09/11/2018 DSK | Discussion with TK re letter re R16 and MSJ by Sands based on facts never disclosed during discovery. Review reply and attachments. Review revisions to reply letter and disc ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | 0.30 |
| 09/11/2018 TK | Discussion with DSK re preliminary analysis of Sands MSJ papers (asserting facts not disclosed during discovery) (0.3). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Discuss research with ZP and review case law re FRCP 37.1 (1.0). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ~~4.60~~ 1.30 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ |
| 09/12/2018 TK | Discussion with DSK re prospective conference strategy (0.1). Draft email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Review ▮▮▮▮▮▮ (0.3). | | 0.40 |

Bauer Media
Page 3 of 4

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 09/13/2018 | TK | Review court order suspending summary judgment motion briefing without date and permitting motion for security. Discussion with DSK re strategy (0.2). Draft email ▮▮▮▮▮ (0.2). | 0.40 |
| 09/13/2018 | DSK | Received ECF notice of court granting suspension of time to submit opposition papers on Sand's MSJ and permitting us to proceed with Bond motion without r16 Conference. Disc TK re next steps and possible approach to RL re settlement. | 0.20 |
| 09/14/2018 | TK | Review email from ▮▮▮▮▮ (0.1). Discussion with ZP re further research in preparation for security motion and/or settlement proposal (0.2). | 0.30 |
| 09/14/2018 | ZMP | Meet w/ TPK re Settlement Letter; Research FRCP and Local Rules for Discovery, etc. | 0.20 |
| 09/21/2018 | ZMP | Draft MOL ISO Δ's Security for Costs Motion; research local rules | 1.30 |
| 09/21/2018 | TK | Discussion with ZP and DSK re draft of bond motion (0.3). Review ZP email re motions brought on by OSC in SDNY (0.1). | 0.40 |
| 09/24/2018 | ZMP | Draft Memo of Law ISO Bond Motion | 0.60 |
| 09/25/2018 | TK | Review ▮▮▮▮▮ (0.1). Draft email re bond motion and prospective outcome and low likelihood of attorney fees liability for defendant (0.2). Review ▮▮▮▮▮ (0.1). | 0.40 |
| 09/25/2018 | ZMP | Research SDNY local civil rules relating to OSCs | 0.30 |
| 09/25/2018 | ZMP | Draft MOL ISO Bond motion | 0.30 |
| 09/25/2018 | ZMP | Draft MOL ISO bond motion | 1.70 |
| 09/28/2018 | ZMP | Draft proposed OSC re Bond | 2.00 |
| 09/28/2018 | ZMP | Revise memo of law ISO proposed bond order. | 2.10 |

For Services Rendered  38.00  $12,745.00

*17.9 hours; $5,930*

| | |
|---|---:|
| Previous balance | **$11,665.00** |
| Total amount of this bill | $12,745.00 |
| Professional Reduction | **($3,000.00)** |
| Invoice Amount After Discount | $9,745.00 |
| Balance due | **$21,410.00** |

Bauer Media
Page 4 of 4

**User Summary**

| Attorney | Hours | Rate | Amount |
|---|---:|---:|---:|
| David S Korzenik | 1.80 | $450.00 | $810.00 |
| Terence P Keegan | 21.50 | $350.00 | $7,525.00 |
| Zachary M Press | 14.70 | $300.00 | $4,410.00 |


**Please make check payable to "Miller Korzenik Sommers Rayman LLP"**

Please note new address:

Miller Korzenik Sommers Rayman LLP
1501 Broadway
Suite 2015
New York, NY 10036

# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY • NEW YORK, NEW YORK 10036
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSR.LAW

November 21, 2018

**Federal Tax I.D. No. 13-3336453**

**Invoice #11255**

Bauer Magazine L.P.
270 Sylvan Ave.
Englewood Cliffs, NJ 07632

Attn.: Gregory Welch, Esq.

Re: Sands v. Bauer

FOR PROFESSIONAL SERVICES RENDERED: October 1, 2018 through October 31, 2018

|  |  |  | Hours |
|---|---|---|---|
| 10/01/2018 | ZMP | Revise fair use defense in memo of law re bond | 1.00 |
| 10/01/2018 | ZMP | Revise memo of law re bond. | 0.50 |
| 10/01/2018 | TK | Review ▇▇▇ for potential use in motion (0.1). Review ZP email re memo of law draft and fair use argument (0.1) | 0.20 |
| 10/02/2018 | ZMP | Revise memo of law re bond motion. | 2.00 |
| 10/02/2018 | TK | Discussion with ZP re bond motion draft (0.1). | 0.10 |
| 10/05/2018 | ZMP | Review ▇▇▇ | 0.20 |
| 10/12/2018 | ZMP | Draft MOL ISO Motion for a bond; research case law; review pleadings; discuss w/ TK | 1.90 |
| 10/12/2018 | TK | Review dockets of recent Sands cases in SDNY (now 50 actions since 2016) and photos at issue in latest actions (0.3). Discussion with ZP re security motion draft (0.4). | 0.70 |
| 10/15/2018 | ZMP | Revise memo of law ISO bond motion; research case law. | 2.40 |
| 10/15/2018 | TK | Review new/updated Sands cases in SD Cal and EDNY and current tally (50 in district since 2016) (0.3). | 0.30 |

Bauer Magazine L.P.
Page 2 of 3

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 10/23/2018 | TK | Review letter motion from opposing counsel requesting reinstatement of MSJ briefing (0.2). Draft letter in opposition (1.0). Discuss response with DSK (0.1). Revise opposition letter and file (0.2). Review Court order denying Liebowitz motion to reopen (0.1). | 1.60 |
| 10/24/2018 | ZMP | Revise draft MOL re bond motion | 0.30 |
| 10/24/2018 | ZMP | Review ▮▮▮▮▮ | 0.80 |
| 10/24/2018 | DSK | T/C ▮ and disc TK. | 0.10 |
| 10/24/2018 | TK | Discussion with ZP re court's denial of motion to reopen (0.1). Discussion with DSK re ▮▮▮ (0.1). Discussion with ZP re research ▮▮▮ (0.2). | 0.40 |
| 10/25/2018 | ZMP | Review ▮▮▮ | 0.90 |
| 10/29/2018 | ZMP | Revise memo of law | 0.70 |
| 10/30/2018 | DSK | Disc application to court w TK. (bond and termination of suit options). Review new Cote ruling re RL as troll. fwd to TK. | 0.20 |
| 10/30/2018 | ZMP | Draft sanctions and bond motion; research case law. | 2.50 |
| 10/30/2018 | TK | Continue drafting memo of law in support of sanctions/bond motion (5.6). Discussion with ZP re caselaw and structure of arguments (0.4). Review caselaw from ZP (0.2). Draft status report to Court (0.1). Discussion with DSK re motion strategy (0.1). | 5.00 |
| 10/31/2018 | ZMP | Revise sanctions/bond memo. | 2.40 |
| 10/31/2018 | TK | Discussion with ZP re analysis of Sands initial disclosures and failures to disclose or supplement (0.2). Review memo of law re balance between security/bond request and request to dismiss action as sanction (2.0). | 2.20 |
| 10/31/2018 | ZMP | Draft sanctions and bond memo; review case law. | 2.30 |

For Services Rendered 28.90 $9,270.00

23.6 hours; $7,395

| | |
|---|---|
| Previous balance | **$21,410.00** |
| 10/16/2018  Payment - Check | ($11,665.00) |
| Total amount of this bill | $9,270.00 |

Bauer Magazine L.P.
Page 3 of 3

| Balance due | | | $19,015.00 |
|---|---|---|---|

### User Summary

| Attorney | Hours | Rate | Amount |
|---|---:|---:|---:|
| David S Korzenik | 0.50 | $450.00 | $225.00 |
| Terence P Keegan | 10.50 | $350.00 | $3,675.00 |
| Zachary M Press | 17.90 | $300.00 | $5,370.00 |

**Please make check payable to "Miller Korzenik Sommers Rayman LLP"**

# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY • NEW YORK, NEW YORK 10036
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSR.LAW

December 12, 2018

*Federal Tax I.D. No. 13-3336453*

**Invoice #11268**

Bauer Magazine L.P.
270 Sylvan Ave.
Englewood Cliffs, NJ 07632

Attn.: Gregory Welch, Esq.

      Re: Sands v. Bauer

FOR PROFESSIONAL SERVICES RENDERED: November 2, 2018 through November 30, 2018

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/02/2018 | ZMP | Draft notice of motion; review discovery; review SDNY local rules and individual rules | 1.60 |
| 11/02/2018 | ZMP | Draft sanctions/bond motion; research case law | 2.00 |
| 11/02/2018 | DSK | Review motion docs. | 0.40 |
| 11/02/2018 | ZMP | Draft sanctions/bond memo | 0.60 |
| 11/02/2018 | ZMP | Draft declaration; revise memo. | 1.80 |
| 11/02/2018 | TK | Further review of ZP edits to memo of law; review of notice of motion, declaration. Revise docs and finalize for filing. Review documents as filed. | 4.50 |
| 11/02/2018 | ZMP | Revise sanctions/bond memo; blue book and proof | 1.00 |
| 11/02/2018 | ZMP | Finalize memo | 2.70 |
| 11/05/2018 | ZMP | Prepare courtesy copies for Judge Kaplan | 0.50 |
| 11/05/2018 | ZMP | Research local and individual practice rules re adjournments and time to file reply papers. | 0.20 |
| 11/05/2018 | TK | Draft email to ▮▮▮▮ ▮▮▮▮ (0.2). Discussion with ZP re ▮▮▮▮ (0.2). Email with opposing counsel James Freeman re extension of time consent (0.3). Review stipulation and change in local rules re filing stipulations for order (0.2). Review Liebowitz court filing of stipulation (0.1). | 1.00 |

Bauer Magazine L.P.
Page 2 of 2

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 11/06/2018 | TK | Review court notice granting stipulation and motion schedule (opposing papers due 11/30, reply 12/7) (0.1). | 0.10 |
| 11/20/2018 | TK | Email ZP re final checklist for motion filing today: memo of law, local rules and individual practices check; notice of motion draft; declaration and exhibits (0.2). Review ZP reply. Review ZP analysis of discovery and case law (0.5). Revise memo of law draft (3.0). | 3.80 |

For Services Rendered  20.20  $6,590.00

DISBURSEMENTS

| | |
|---|---|
| Messenger: 500 Pearl Street -- Court | $16.81 |
| Photocopies | $16.80 |
| Spiral Binding for the Court | $12.96 |
| | $46.57 |

| | |
|---|---|
| Previous balance | **$19,015.00** |
| 12/7/2018  Payment - Check | ($9,745.00) |
| Total amount of this bill | $6,636.57 |
| Balance due | **$15,906.57** |

**User Summary**

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| David S Korzenik | 0.40 | $450.00 | $180.00 |
| Terence P Keegan | 9.40 | $350.00 | $3,290.00 |
| Zachary M Press | 10.40 | $300.00 | $3,120.00 |

**Please make check payable to "Miller Korzenik Sommers Rayman LLP"**

# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY • NEW YORK, NEW YORK 10036
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSR.LAW

February 8, 2019

*Federal Tax I.D. No. 13-3336453*

**Invoice #11377**

Bauer Magazine L.P.
270 Sylvan Ave.
Englewood Cliffs, NJ 07632

Attn.: Gregory Welch, Esq.

     Re: Sands v. Bauer

FOR PROFESSIONAL SERVICES RENDERED: December 1, 2018 through January 31, 2019

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/01/2018 | ZMP | Read Plaintiff's Opposition to Defendant's Motion for Sanctions under Rules 16 and 37 and/or a Bond under Local Rule 54.2; outline Defendant's reply. | 0.70 |
| 12/01/2018 | ZMP | Draft memo regarding reply to Plaintiff's opposition to our motion for sanctions/bond; email TPK and DSK. | 1.80 |
| 12/01/2018 | TK | Preliminary review of Bauer memo and Sands declaration opposing sanctions and bond (0.2). Email ZP and DSK re preliminary impressions (0.1). Review ZP emails re preliminary thoughts on reply (0.2). | 0.50 |
| 12/03/2018 | TK | Continue review of Sands motion opposition papers - memorandum (35 pages) and Sands declaration with exhibits (2.5). Discussion with DSK re review of opposition points (0.2). Outline reply (0.4). Email ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (0.1). | 3.20 |
| 12/03/2018 | DSK | Review w TK points on Sands opposition papers. | 0.20 |
| 12/04/2018 | ZMP | Meet with TPK to discuss reply to Plaintiff's response to our sanctions/bond motion | 0.40 |
| 12/04/2018 | ZMP | Review Bates-stamped discovery numbered 1-630 to identify licensing history of any Ratajkowski photos, and any Ratajkowski photos licensed to Bauer. | 0.90 |
| 12/04/2018 | ZMP | Research ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; draft email to TPK re the same. | 0.40 |
| 12/04/2018 | ZMP | Draft email to TPK re ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.20 |
| 12/04/2018 | TK | Draft outline re reply and points to emphasize (0.3). Discussion with ZP re Sands exhibits and discovery analysis of license fees (0.5). Review email from | 1.00 |

Bauer Publishing
Page 2 of 5

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | ▮▮▮ (0.1). Discussion with ZP re ▮▮▮ ▮▮▮ (0.1). | |
| 12/05/2018 | TK | discussion with zp re research of sands authorities and reply points (0.4). | 0.40 |
| 12/05/2018 | ZMP | Review and outline arguments to refute in the sanctions sections of plaintiff's memo in opposition to Bauer's motion for sanctions and/or bond. | 0.90 |
| 12/05/2018 | ZMP | Research case law cited in plaintiff's opposition to Bauer's motion for sanctions and/or a bond; draft memo outlining authorities. | 0.30 |
| 12/05/2018 | ZMP | Research case law cited in plaintiff's opposition to Bauer's motion for sanctions and/or a bond; draft memo outlining authorities and email to TPK. | 0.50 |
| 12/05/2018 | ZMP | Research case law relating to Rule 37 "substantially justified or harmless" language cited in Plaintiff's opposition to Bauer's motion for sanctions and/or bond. | 0.20 |
| 12/06/2018 | TK | Review history of correspondence with opposing counsel re prospect of resolution (0.2). Draft email to ▮▮▮ ▮▮▮ (0.2). Review ▮▮▮ (0.1). Continue drafting reply reviewing Sands opposition papers and caselaw (2.1). Review James Freeman email and 226 pages of new documents (0.5). Discussion with ZP and DSK re analysis of docs and extension of time to reapond (0.3). Email James Freeman re request for consent and draft stip extending time (0.2). Review Freeman response (requiring surreply consent). Discussion with DSK re letter motion to court (0.1). Draft letter motion to court reviewing local rules, new documents, Sands declaration in opposition, and judge's practices (1.0). Revise letter incorporating DSK additions (0.5). Review judge's practices re courtesy copies (0.1). Email ▮▮▮ ▮▮▮ (0.2). Discussion with DSK and ZP re how new documents bear on reply and case (0.3). | 5.80 |
| 12/06/2018 | ZMP | Research bond cases in SDNY; draft brief memo ▮▮▮ and email to TPK. | 0.50 |
| 12/06/2018 | ZMP | Meet with DSK and TPK to discuss strategy re sanctions motion and newly disclosed discovery from Plaintiff. | 0.80 |
| 12/06/2018 | ZMP | Review new documents from Plaintiff regarding licensing history for Ratajkowski photos and other photos from January 20, 2017. | 1.70 |
| 12/06/2018 | DSK | Received dump of docs from Freeman w docs that Freeman said they did not have. Disc w TK response and issues given that reply is due tomorrow. Review and edit draft of letter to Judge Kaplan. | 0.40 |
| 12/06/2018 | ZMP | Proof letter motion to the Court re extension for time due to Plaintiff's production abuses | 0.20 |

Bauer Publishing
Page 3 of 5

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/07/2018 | ZMP | Draft section of reply motion re sanctions/security on bond factors. | 1.90 |
| 12/07/2018 | TK | Review Court notices re extension of time granted and oral argument granted (0.1). Email ▓▓▓ (0.1). Review ▓▓▓ (0.2). Discussion with DSK re ▓▓▓ (0.1). Review of ZP draft reply point ▓▓▓ (0.2). Discussion with ZP re draft (0.1). Outline point re ▓▓▓ (0.1). | 0.90 |
| 12/11/2018 | ZMP | Draft reply motion section on newly produced documents. Discuss strategy w/ TPK re Rule 16 sanctions. | 0.60 |
| 12/11/2018 | TK | Review ▓▓▓ (0.1). Discussionw ith ZP re reply draft and analysis of newly disclosed documents (0.3). | 0.40 |
| 12/11/2018 | ZMP | Draft outline for reply motion section on takeaways from new and untimely disclosures; email TPK. | 1.20 |
| 12/12/2018 | ZMP | Draft section of sanctions/security motion relating to new and untimely documents | 3.90 |
| 12/12/2018 | ZMP | Draft section of reply motion for sanctions/security re new untimely documents | 0.40 |
| 12/12/2018 | TK | Review ZP outline re reply point addressing newly disclosed documents (0.1). TC/w DSK and ▓▓▓ (0.6 of 40 min). | 0.70 |
| 12/12/2018 | DSK | T/C Greg Welch w TK. (0.6 of 40min). | 0.90 |
| 12/13/2018 | TK | Discussion with ZP re reply draft points (0.1). Discussion with DSK re reply cast (0.1). Review and revise reply draft | 0.20 |
| 12/13/2018 | ZMP | Research case law and articles relating to ▓▓▓ ; research ▓▓▓. Draft memo and email to TPK. | 1.90 |
| 12/14/2018 | ZMP | Research case law ▓▓▓ Draft memo and email to TPK for reply motion on sanctions/security. | 1.10 |
| 12/14/2018 | ZMP | Draft section of sanctions/security reply motion relating to bond factors. Email to TPK. | 0.80 |
| 12/14/2018 | ZMP | Research Judge Kaplan's individual practice rules re page limits for reply memo. | 0.10 |
| 12/14/2018 | ZMP | Revise reply memo; add record citations. | 1.10 |

Bauer Publishing
Page 4 of 5

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/14/2018 | ZMP | Review all of Sands' dismissed cases on PACER from SDNY to determine whether they reached merits-based litigation. | 0.60 |
| 12/14/2018 | TK | Review opposing counsel letter to court re purported supplemental authority re fair use. Review opinions cited. (0.2) Discussion with DSK re distinguishing in reply on motion. (0.1) | 0.30 |
| 12/14/2018 | TK | Continue drafting reply, reviewing Sands' opposition papers and belated production (4.5). Discussion with DSK re revisions and additions to reply arguments (0.2). Discussion with ZP re case law research, Sands docket research, and analysis of Sands belated production (226 pages) (0.2). Discussion with ZP re drafting point opposing Sands bond argument (0.2). Revise reply draft incorporating DSK changes and adding point further distinguishing opposition arguments (3.0). Discussion with ZP re drafting declaration (0.1). Review citations in final reply draft (1.0). Review declaration draft and exhibit (0.2). Discussion with ZP re final reply brief edits (0.2). Finalize reply brief incorporating cite and substance edits (0.4). Discussion with ZP re local rules and court rules on format of reply submissions (0.1). File reply and declaration (0.1). | 10.20 |
| 12/14/2018 | ZMP | Draft TPK declaration; add citations to reply memo. | 0.50 |
| 12/15/2018 | TK | Email ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (0.1). Review DSK email re reply papers (0.1). | 0.20 |
| 12/16/2018 | TK | Email ZP and HT re copies of reply to court Monday per judge rules (.1) | 0.10 |
| 12/17/2018 | ZMP | Finalize courtesy copies of moving papers papers re sanctions/security: notice of motion, so-ordered extensions of time, declaration of TPK, moving memo of law, reply declaration of TPK, declaration exhibit A, reply memo of law, complaint, complaint exhibits. | 1.30 |
| 12/17/2018 | TK | Discussion with ZP re judge rules re courtesy copies and submission of complete set of Bauer's motion papers to court (0.1). Review copies of motion papers (0.2). Review court rules re requirement of complaint on motion (0.1). Discussion with ZP re including motion scheduling orders with bound copies (0.1). Review new set of papers and descriptions in tabs and index (0.2). Review filed letter from opposing counsel to court re sur reply request (0.1). Discussion with ZP re reviewing cases cited (0.1). Review ZP emails re case holdings (0.1). Discussion with ZP re response letter draft (0.1). Discussion with DSK re same (0.1). Draft response letter (1.4). Email ZP and DSK and review ZP reply re suggested edit. | 2.60 |
| 12/17/2018 | ZMP | Draft short memo re cases cited in Sands' December 17 letter; email to TPK and DSK. | 0.90 |
| 12/17/2018 | DSK | Review and discuss new filing by RL requesting a Sur-Reply. Rev email from ZP. | 0.10 |

Bauer Publishing
Page 5 of 5

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/18/2018 | TK | Review DSK email re response draft (0.1). Finalize letter for filing (0.4). Email ▮▮▮▮ (0.1). | 0.60 |
| 12/18/2018 | DSK | Review draft letter to Court in Opp to RL request for Sur-Reply. Send reply to TK. | 0.10 |
| 12/19/2018 | TK | Review ▮▮▮▮ (0.1). Email DSK and ZP. | 0.10 |
| 12/20/2018 | TK | Review ▮▮▮▮ (0.1). Discussion with DSK re ▮▮▮▮ (0.1). Review court notice denying Sands leave to file sur-reply (0.1). Email ▮▮▮▮ (0.1). | 0.40 |

For Services Rendered   55.10   $18,165.00

DISBURSEMENTS

    Printing/Copying      $15.22

     $15.22

| | |
|---|---|
| Previous balance | **$15,906.57** |
| 12/26/2018  Payment - Check | ($9,270.00) |
| 1/11/2019  Payment - Check | ($6,636.57) |
| Total amount of this bill | $18,180.22 |
| Balance due | **$18,180.22** |

**User Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| David S Korzenik | 1.70 | $450.00 | $765.00 |
| Terence P Keegan | 27.60 | $350.00 | $9,660.00 |
| Zachary M Press | 25.80 | $300.00 | $7,740.00 |

**Please make check payable to "Miller Korzenik Sommers Rayman LLP"**