UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>      Plaintiff,<br><br>- against -<br><br>BAUER MEDIA GROUP USA, LLC,<br><br>      Defendant. | Docket No. 1:17-cv-09215-LAK<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support, and the pleadings and prior proceedings herein; Plaintiff Steve Sands will move the Court, before the Honorable Lewis A. Kaplan (U.S.D.J.) at the United States District Court, 500 Pearl St., New York, NY 10007, at a time and place determined by the Court for an Order GRANTING Plaintiff's motion to recuse U.S.D.J. Kaplan pursuant to 28 U.S.C. § 455(b)(1); and 28 U.S.C. § 455(a); and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after service of these motion papers upon Defendant, and a reply must served within 7 days thereafter.

                     Respectfully Submitted,

                     LIEBOWITZ LAW FIRM, PLLC

                     **/richardliebowitz/**
                     Richard Liebowitz, Esq.
                     11 Sunrise Plaza, Ste. 305

Valley Stream, NY 11580

*Counsel for Plaintiff*

TO:

David Korzenik, Esq.
Terence Keegan Esq.
Miller Korzenik Sommers Rayman LLP
Counsel for Bauer Media Group, USA, LLC
(via CM/ECF)

*Defendant*