UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SANDS,

                Plaintiff,

- against -

BAUER MEDIA GROUP USA, LLC,

                Defendant.

Docket No. 1:17-cv-09215-LAK

## **DECLARATION OF RICHARD LIEBOWITZ**

**I, RICHARD LIEBOWITZ,** hereby declares under the penalty of perjury as follows,

1. I am admitted to practice law in the State of New York and in this District.

2. I submit this declaration in support of Plaintiff Steve Sands' motion to recuse the presiding judge, U.S.D.J. Kaplan, in the above-referenced matter.

3. Attached as Exhibit A is a true and correct copy of Judge Kaplan's decision and order, dated September 18, 2019, in which he denied Plaintiff's motion for partial summary judgment. In that decision, Judge Kaplan referred to me as a "copyright troll" and falsely accused me of filing "strike suits, designed to extort settlements." Plaintiff did not make a settlement demand in this action and was and is prepared at all times to litigate this case to final judgment on the merits.

4. Attached as Exhibit B is a true and correct copy of Judge Kaplan's decision and order in the case of *Konangataa v. American Broadcastingcomapnies, Inc.*, 2017 WL 2684067

1

(S.D.N.Y. June 21, 2017) in which he falsely accused me of filing "strike suits, designed to extort settlements."

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff*
