# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

October 30, 2019

Via ECF
Hon. Lewis A. Kaplan, U.S.D.J.
U.S. Courthouse, S.D.N.Y.
500 Pearl Street, New York, NY 10007

Re:   *Sands v. Bauer Media Group USA, LLC*, No. 17-cv-9125

Dear Judge Kaplan:

We write on behalf of Bauer Media Group USA, LLC ("Bauer") to correct misstatements that Plaintiff Steve Sands' ("Sands") counsel, Richard Liebowitz, makes in support of Sands' motion for Your Honor's recusal (Dkt. 68).

In his declaration, Mr. Liebowitz states, "Plaintiff did not make a settlement demand in this action." Dkt. 70, at 1 ¶3. In his memorandum of law, he states, "Sands never made a settlement demand in this proceeding; he only ever sought judgment on the merits against Bauer Media." Dkt. 69, at 9 n.1. These are false.

Annexed to this letter is a copy of an email that David Korzenik and I received from Mr. Liebowitz on December 12, 2017 – several days after we first advised him that we would be appearing for Bauer in this case. In the email, he stated: "I spoke with my client and I am authorized to make an offer of $25,000. We look forward to hearing from you." *Id.*

Subsequently, as Your Honor referenced in the Court's September 18, 2019 opinion, Sands' counsel "announced a $25,000 settlement demand" at the parties' initial conference on February 6, 2018 – a conference Mr. Liebowitz himself did not attend. *See* Dkt. 56, at 7; 2019 WL 4464672, at *3; *see also* Dkt. 49, at 5 n.4.

Sands and his counsel had already filed – and closed – some 30 infringement actions against other media companies by December 2017. *See generally* Dkt. 57, at 1-45. Against Bauer, Sands did not solely seek "judgment on the merits." At the outset, he sought a quick settlement. And his counsel reiterated Sands' settlement demand even as they promised to provide photo licensing information – information that would have aided in analyzing the objective merits of Sands' claims – which never came.

Bauer reserves the right to respond further to Sands' recusal motion.

Respectfully submitted,
/s/Terence P. Keegan
Terence P. Keegan
David S. Korzenik

**Subject:** Sands v. Bauer Media
**Date:** Tuesday, December 12, 2017 at 7:12:24 PM Eastern Standard Time
**From:** Richard Liebowitz
**To:** David Korzenik, Terence Keegan

Confidential Subject to FRE 408

David and Terence,

I spoke with my client and I am authorized to make an offer of $25,000. We look forward to hearing from you.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


****************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

****************************************************************