UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS<br><br>                    Plaintiff,<br><br>- against -<br><br>BAUER MEDIA GROUP USA, LLC<br><br>                    Defendant. | Case No. 1:17-cv-9215-LAK |

**REPLY DECLARATION OF RICHARD LIEBOWITZ**

I, RICHARD LIEBOWITZ, hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am lead counsel for Plaintiff Steve Sands in this action and submit this declaration in further support of Sands' motion to recuse the Honorable Judge Lewis A. Kaplan.

2. This motion was filed in good faith because I can no longer be labeled a "copyright troll" by judicial officers without attempting to counteract this false stereotype by all legal means necessary. Moreover, I do not believe that Steve Sands has been treated with impartiality in this proceeding as a result of the Court's perception of me as a "troll" who is only filing cases to "extort" settlements.  In this case, we filed a motion for summary judgment on the merits over a year ago, so clearly we are seeking to prosecute the case to final judgment and to vindicate the public interest by deterring future infringement.

3. Further, the client in this proceeding, Steve Sands, instructed me to file the motion because he sincerely believed, and has believed since Judge Cote first used the term back in February 2018, that use of this pejorative stereotype by a judge shows substantial bias.  I also

believe that the use of the stereotype "troll" by a judicial officer shows a level of bias and *animus* which makes a fair judicial ruling impossible for Steve Sands.

   4. In my initial declaration in support of this motion, I overlooked that an initial demand was made to settle the case (as early resolution is generally promoted by federal courts). However, that demand for two works was substantially below the maximum statutory penalty for non-willful infringement under section 504(c) of the Copyright Act. Moreover, once it was clear that there would be no settlement negotiations, Plaintiff stood resolved to litigate this case to final judgment, particularly as there is no colorable defense to infringement.

Dated: November 19, 2019
Valley Stream, New York

                **/s/richardliebowitz/**
                Richard Liebowitz

ii