UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                                  Plaintiff,<br><br>- against -<br><br><br>BAUER MEDIA GROUP USA, LLC<br><br>                                  Defendant. | Docket No. 1:17-cv-09215 (LAK)<br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that plaintiff Steve Sands in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order entered in this action on the 26th day of November, 2019 dismissing the action in its entirety with prejudice [Docket No. 78]; and the Order dated September 18, 2019 which imposed discovery sanctions on Richard Liebowitz, Esq. [Docket No. 56]; and the Order dated October 10, 2019 which denied plaintiff's motion for reconsideration or motion to vacate the order pursuant to Rule 60(b) [Docket No. 59]; and the Order dated October 22, 2019 which imposed a security bond of $50,000 on plaintiff [Docket No. 67]; and the Order dated December 17, 2019 which fixed the amount of discovery sanctions to be awarded [Docket No. 81].

Dated: December 26, 2019

LIEBOWITZ LAW FIRM, PLLC

**/s/richardpliebowitz/**
Richard P. Liebowitz
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Steve Sands*