UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

STEVE SANDS,

            Plaintiff,

    - against -

BAUER MEDIA GROUP USA, LLC

            Defendant.

------------------------------------------------------X

Index No. 1:17-cv-09215-LAK

## [PROPOSED] JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion entered on September 18, 2019 (ECF No. 56), the Memorandum Opinion entered on October 22, 2019 (ECF No. 67), the Memorandum and Order entered on November 26, 2019 (ECF No. 78), and the Memorandum and Order entered on December 17, 2019 (ECF No. 81), it is hereby **ORDERED, ADJUDGED and DECREED that:**

1.    The action is dismissed with prejudice; and

2.    Richard Liebowitz, counsel for Plaintiff, is to pay defense counsel, Miller Korzenik Sommers Rayman LLP, the amount of $28,567.50 in attorney's fees pursuant to Fed. R. Civ. P. 37(c)(1).

New York, NY
Dated: _____, 2020      **SO ORDERED.**

 

_____

Hon. Lewis A. Kaplan (U.S.D.J.)