UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILE: 2-7-2020

STEVE SANDS,

      Plaintiff,

Index No. 1:17-cv-09215-LAK

- against -

BAUER MEDIA GROUP USA, LLC

      Defendant.
-----------------------------------------------------X

## [PROPOSED] JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion entered on September 18,

2019 (ECF No. 56), the Memorandum Opinion entered on October 22, 2019 (ECF No. 67), the

Memorandum and Order entered on November 26, 2019 (ECF No. 78), and the Memorandum

and Order entered on December 17, 2019 (ECF No. 81), it is hereby **ORDERED, ADJUDGED**

**and DECREED that:**

1.    The action is dismissed with prejudice; and

2.    Richard Liebowitz, counsel for Plaintiff, shall pay defense counsel, Miller

      Korzenik Sommers Rayman LLP, the amount of $28,567.50 in attorney's

      fees pursuant to Fed. R. Civ. P. 37(c)(1).

New York, NY
Dated: _February 7_, 2020

**SO ORDERED.**

Hon. Lewis A. Kaplan (U.S.D.J.)