ABSTRACT OF JUDGMENT

Re: Sands v. Bauer Media Group USA, LLC

Case Number: 1:17-cv-09215-LAK

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
| --- | --- |
| Richard Liebowitz<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza #305<br>Valley Stream, NY 11580 | Miller Korzenik Sommers Rayman LLP<br>1501 Broadway, Suite 2015<br>New York, NY 10036 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
| --- | --- | --- |
| $28,567.50 | David S. Korzenik<br>Terence P. Keegan<br>Zachary M. Press<br>Miller Korzenik Sommers Rayman LLP<br>1501 Broadway, Suite 2015<br>New York, NY 10036 | 12/17/2019 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

Dated: New York                    , New York

**RUBY J. KRAJICK, Clerk of Court**

_____

**By,  Deputy Clerk**