# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

February 12, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-2020

**By ECF**
Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

Re:   *Sands v. Bauer Media Group USA, LLC*, No. 17-cv-9215 (LAK)
      <u>Request To File Opposition to Letter Motion of Plaintiff's Counsel by 2/18/2020</u>

Dear Judge Kaplan:

On behalf of Bauer Media Group USA, LLC, we oppose the February 10 letter motion of Plaintiff's counsel, Richard Liebowitz, to stay enforcement of the monetary sanction judgment against him pending Plaintiff's appeal of this action (*see* Dkts. 84, 86). We ask the Court to permit us to file a full letter response by **Tuesday, February 18** (the day after the President's Day holiday). We appreciate Your Honor's consideration.

Respectfully submitted,

/s/Terence P. Keegan
Terence P. Keegan

CC:   Counsel of Record via ECF

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
2/13/2020