# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

February 18, 2020

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:     *Sands v. Bauer Media Group LLC,* 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

     We represent Plaintiff Steve Sands in the above-referenced action and write to respectfully request seven days, through February 25, 2020, to file a reply to Defendant Bauer Media Group, LLC's letter opposition [Dkt. #89], not to exceed three pages.

     Respectfully Submitted,

**/s/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff Steve Sands*

