

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

February 18, 2020

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:   *Sands v. Bauer Media Group LLC*, 1:17-cv-09215 (LAK)

Dear Judge Kaplan:

We represent Plaintiff Steve Sands in the above-referenced action and write to respectfully request seven days, through February 25, 2020, to file a reply to Defendant Bauer Media Group, LLC's letter opposition [Dkt. #89], not to exceed three pages.

Respectfully Submitted,

/s/richardliebowitz/
Richard Liebowitz

*Counsel for Plaintiff Steve Sands*

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
2/19/2020

Liebowitz Law Firm, PLLC