UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

STEVE SANDS,

                Plaintiff,                17-cv-09215 (LAK)

  - against -                  **SATISFACTION OF JUDGMENT**

BAUER MEDIA GROUP USA, LLC,

                Defendant.
------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 7th day of February, 2020 in favor of Miller Korzenik Sommers Rayman LLP and against Richard Liebowitz in the amount of $28,567.50, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      NOW, THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Brooklyn, New York
       May 5, 2020

                                MILLER KORZENIK SOMMERS RAYMAN LLP

                                Terence P. Keegan
                                1501 Broadway, Suite 2015
                                New York, New York 10036
                                Tel: (212) 752-9200
                                tkeegan@mkslex.com
                                *Attorneys for Bauer Media Group USA, LLC*